# GameStop
### power to the players

# STORE ASSOCIATE HANDBOOK

## TABLE OF CONTENTS

Welcome to GameStop.................................................................... 1

The Customer Experience............................................................... 2

Questions and Concerns................................................................. 3

Equal Opportunity........................................................................... 4

Harassment Policy, Including Sexual Harassment........................... 5

Employment Status......................................................................... 6

Drug, Alcohol and Smoke Free WorkPlace..................................... 7

Work Guidelines.............................................................................. 8

Conflict of Interests........................................................................ 16

Company Resources....................................................................... 17

Payroll............................................................................................. 19

Solicitation...................................................................................... 22

Safety.............................................................................................. 22

Loss Prevention.............................................................................. 23

Performance and Promotions.......................................................... 26

Benefits for All Associates.............................................................. 28

Benefits for Associates with Waiting Periods.................................. 29

Immediate Benefits for Managers................................................... 30

Benefits for Managers with Waiting Periods................................... 31

Leaves of Absence......................................................................... 35

Standards of Conduct..................................................................... 38

Ending Employment........................................................................ 41

GameStop C.A.R.E.S. Rules of Dispute Resolution Program Including

Arbitration....................................................................................... 1 - 16

Store and Company Information............................................last page

2009 Edition

6/18/2009  9:03:21 AM

| WELCOME TO GAMESTOP! |
| --- |

Congratulations!  You have joined GameStop, the world's largest specialty retailer of video games.  We're excited that you are now an important part of our dynamic and growing Company.

It is our responsibility to give you the best start possible in a fun and exciting work environment.  We want this to be the kind of place where you look forward to coming to work every day.  You were hired because of your enthusiasm and customer service skills.  Your most important job is to impart your enthusiasm for our products to our customers, "the players".  Great customer service is the never-ending pursuit of keeping "players" constantly and consistently satisfied.  "Power to the Players" is GameStop's brand approach in ultimate customer service that we all strive to achieve.

This Handbook is intended to answer most of your questions, explain our important policies and provide guidelines on our Company's standards and expectations.  It has also been designed to help ensure compliance with the complex laws in the multitude of jurisdictions where we do business.  Please refer to the GameStop Store Procedure Manual for additional information regarding any Company policy or procedure that is included in this handbook.  Keep this Handbook for future reference and do not hesitate to ask your Store Manager for assistance.  Your Store Manager is available to help you quickly become a full contributing member of your store team in the exciting video game industry!

**Welcome to GameStop - We are pleased to have you with us!**

<u>**The Company**</u>
The Company began when Babbage's Etc. was formed in November 1996 by Leonard Riggio, Founder and Chairman of Barnes & Noble, Dick Fontaine, Chief Executive Officer, and Dan DeMatteo, Chief Operating Officer. GameStop, (the "Company") was formed in January 2001 with the merger of two of the largest video game retailers Babbage's Etc. and FuncoLand.  GameStop then became a publicly traded Company on the New York Stock Exchange (GME) on February 13, 2002. In October 2005 GameStop merged with Electronics Boutique "EB Games", to become the world's largest video game retailer.  GameStop now operates over 4,300 stores throughout the United States, Puerto Rico, and Guam, and over 1,900 international stores in Canada, Europe and Australia.  Our retail mall and strip shopping center stores operate primarily under the name of GameStop and EB Games.

GameStop, Corp. is headquartered in Grapevine, Texas, and also operates a website at GameStop.com and publishes Game Informer, the largest circulation video game magazine in the United States.  GameStop has positioned itself as the leader for future growth and prosperity in the multi-billion dollar video game industry.

1

---

### THE CUSTOMER EXPERIENCE

---

For customers who love to play video games, GameStop is the video gaming resource that helps them get the most out of their gaming.  Very little separates retailers from one another — at GameStop, it's the relationships our customers have with our associates and store team that defines our brand and gives us a competitive edge. The quality of each customer's experience will determine if he or she becomes a loyal and frequent customer — for this reason, it is the single most important thing we do. Excellent customer service will turn players into winners when shopping at GameStop.

Every customer and his or her needs are unique.  Start every customer relationship with a warm greeting and open-ended questions ("What brought you in today?") that will help you understand why they chose GameStop and how you can ensure they feel they made a great choice.  Every Store Associate is empowered and encouraged to meet special customer needs at store level.

There are some customer service situations where you may need help.  These should be rare — own the solution before reaching out for help.  By first asking the management staff for guidance, the majority of complaints can be resolved at the store.

1.  Respond positively — "Your business is important to me and my store. I'm sorry that I haven't been able to find a solution, so I hope you don't mind my asking some others at GameStop if they can help us."

2.  If the management staff is unable to resolve the matter, the Area or District Manager should be contacted for direction.

3.  If they are not available, or cannot provide an answer, then provide the customer www.TellGameStop.com information.

4.  If the customer wishes to speak to someone immediately provide the customer with the toll free 800-883-8895 customer service number.

5.  Show concern in resolving the customer's concern/issue and write down his/her contact information (name and phone number) for follow up by the Store, Area or District Manager.

GameStop does not tolerate discrimination against any customer on the basis of race, national origin, color, religion, sex, sexual orientation, disability or other status protected by local, state, or federal law.  You may receive requests for accommodation from customers with disabilities.  If any customer who may have a disability requests assistance or an accommodation, immediately notify your Store Manager.  GameStop requires that all customers be treated with dignity and respect.

## QUESTIONS AND CONCERNS

It is important for all of us to establish and maintain open lines of communication. Your primary contact for questions, concerns, comments or ideas is your Store Manager. However, you are also encouraged to express your ideas, comments or concerns to your Area or District Manager, Regional Director, Vice-President of Stores, Loss Prevention Manager, Human Resources Manager or any member of the Store Support Center's management team.

Associates may communicate to members of management or the Store Support Center via E-mail using the store's point-of-sale system. There is also a great deal of information related to our Company and your responsibilities in the Store Procedure Manual and in this Handbook. Other important information is communicated to associates on a regular basis via store mail, memos from your Store Manager and/or Area/District Manager, E-Mails and other sources. By being familiar with these sources of information and communicating regularly with your Store Manager, this will ensure that you have all the information necessary to help you be successful at GameStop.

### Open Door Policy

During your employment with GameStop, you may have questions, suggestions, or concerns you would like to share. In most cases, your Store Manager will be able to provide a prompt answer to your questions and assist you in solving problems. All supervisors have a responsibility to both you and the Company to attempt to resolve issues and concerns. Please remember, however, that if you do not speak up, no one may be aware of your concerns.

If you have an issue that needs to be addressed, contact your Store Manager or Area or District Manager. If you feel that you need to have your issue(s) addressed at a different level, you may contact your Regional Director, Vice President of Stores, Human Resources Manager or any management representative at the GameStop Store Support Center, 625 Westport Parkway, Grapevine, TX 76051, and (817) 424-2000. You may also send an E-mail to HR@GameStop.com or contact the employee hotline at 800-306-9330.

### Bulletin Boards and Company Postings

Store bulletin boards are used to keep our associates informed of relevant store and Company sponsored information. Associates should read the information that is posted on the bulletin board or in the back room regularly.

Associates may not post, remove or alter any notice posted on the bulletin boards, in the back room or in the store without prior permission from either the Store Manager, District Manager, Regional Director, Human Resources Manager or from the Store Support Center. The posting of information in stores for personal reasons, political organizations, religious groups, commercial events or business organizations is prohibited.

3

## EQUAL OPPORTUNITY

It is the policy of GameStop to hire qualified associates to perform the many tasks necessary for the success of our business. An essential part of this policy is providing equal employment opportunity for all in compliance with applicable local, state and federal law. GameStop will not discriminate, nor will it tolerate discrimination against any associate or applicant in recruiting, hiring, training, promotion, transfer, performance evaluation, compensation, benefits, separations, social or recreational programs or in any other employment action, by reason of race, color, sex, religion, marital status, national origin, age, disability, pregnancy, veteran status, sexual orientation, gender identity and/or expression. GameStop will also provide reasonable accommodation to an associate's religion as required by law. If you have any questions about the application of this policy, contact your Store Manager.

GameStop associates who observe or who believe they have been subjected to discrimination must immediately report their concerns to their Store Manager, a store supervisor, the District Manager, the Human Resources Manager or e-mail HR@gamesstop.com, or contact the employee hotline at 800-306-9330, without fear of retaliation, intimidation, or reprisal.

### Americans with Disabilities Act

The Company is committed to complying fully with the Americans with Disabilities Act (ADA) and ensuring equal opportunity in employment for qualified persons with physical or mental disabilities. The Company strives to provide appropriate reasonable accommodations to persons with physical or mental disabilities consistent with the requirements of the ADA and state and local law.

GameStop associates with qualified disabilities under the ADA may make requests for reasonable accommodations to their Store Manager who will consult with the Human Resources Manager. Upon receipt of the accommodation request, the Human Resources Manager will discuss the potential accommodation with the requesting associate. The Human Resources Manager, Regional Director and District Manager will consider requests for accommodation of disabilities and will determine what, if any, accommodation will be made.

GameStop will not interfere with, restrain or deny any associate's or applicant's right to request a reasonable accommodation in accordance with the terms and provisions of this policy. Furthermore, GameStop will not discriminate or retaliate against any associate for requesting a reasonable accommodation under this policy, or against any person who reports a violation of this policy or participates in an investigation of a complaint under this policy.

The Company, its managers and supervisors may not discriminate against qualified individuals with disabilities in regard to job applications, hiring, advancement, termination, compensation, training or other terms, conditions or privileges of employment. The Company holds all associates, including those with disabilities, to the same performance and conduct standards to perform the essential functions of their positions with reasonable accommodation.



4

GameStop associates who observe or believe they have been discriminated against on the basis of a qualified disability under the ADA must immediately report their concerns to their Store Manager, the District Manager, the Human Resources Manager, or the Human Resources Department at 817-424-2000 HR@GameStop.com or contact the employee hotline at 800-306-9330.

## HARASSMENT POLICY, INCLUDING SEXUAL HARASSMENT

All GameStop associates are entitled to work in an environment free of harassment from coworkers, outside parties or supervisors. Company policy and state/federal laws prohibit harassment of any associate on the basis of race, color, religion, national origin, sex (which includes sexual harassment, gender harassment and harassment due to pregnancy, childbirth or related medical conditions), age, disability, marital status, sexual orientation or gender identity and/or expression. Any associate who engages in any form of harassment or who retaliates against another associate for reporting harassment may be subject up to a final warning up to termination of employment.

GameStop takes a proactive role in preventing and quickly responding to all reports of harassment. This includes, but is not limited to, sexual harassment. Although it is not easy to state a precise definition of sexual harassment, it includes unwelcome sexual advances, requests for sexual favors, physical and/or verbal conduct of a sexual nature, plus any drawings, pictures or materials of a sexual or sexist content. Sexual harassment can occur between associates of the same sex.

If you feel you have been subjected to any harassment, you should immediately report it to a Store Manager, District Manager, Regional Director, Human Resources Manager or the Human Resources Department at 817-424-2000. You may also E-mail HR@gamestop.com or contact the employee hotline at 800-306-9330.

Any incident of harassment should be immediately reported to management, regardless of its seriousness. All reports of harassment will be promptly investigated. Associates who make good faith complaints and/or who participate in a complaint investigation will not suffer any form of retaliation for having made their complaint or participated in the investigation. Reports of harassment and information developed during an investigation will be kept as confidential as possible to protect the privacy of the persons involved. Based on the results of the investigation, appropriate action will be taken. GameStop associates are protected from coercion, intimidation, interference or discrimination for filing a complaint or assisting or participating in an investigation. GameStop will not tolerate retaliation or reprisal against any associate for reporting harassment.

GameStop recognizes that unwelcome harassment can also be perpetrated by a customer, visitor, vendor, or associate of a vendor of the Company. Should this occur, the reporting and investigation procedures discussed above will be followed. Based upon the results of the investigation, the Company will undertake appropriate measures to ensure that the harassment ceases.

5

| EMPLOYMENT STATUS |
|---|

## At Will Employment

GameStop Associates are terminable "at-will." Under the "at-will" policy, neither you, nor the Company, are committed to continuing the employment relationship for any specific period of time. Rather, the employment relationship will continue "at will" such that either side may terminate the relationship at any time, with or without cause and with or without notice. Also, the Company retains the right to demote, transfer, change job duties, and change your compensation at any time with or without notice and with or without cause at its sole discretion. In deciding to work for the Company, you must understand and accept these terms of employment. No one at the Company has the authority to promise or guarantee you employment for any specific period of time, or to alter your "at will" status, except for the President or CEO of the Company. Such promise or guarantee must be in writing and signed by both you and the President or CEO.

## New Hire Period

As an associate who has been newly hired or who has been rehired more than 30 days after your termination date, you will be classified as a "New Hire" and your first 90-days of employment with GameStop will be on a trial basis. Your job performance will be evaluated during your New Hire period to ensure that you are able to meet the job requirements and to help determine if both you and the Company have made a good job match. You are encouraged to ask questions so that you clearly understand the responsibilities and tasks that are involved in your position. During your new hire period, if your manager feels that you are not performing your job duties to acceptable standards, which may include behavioral or attendance problems, your employment may be terminated without notice or previous performance coaching. Even after you complete your trial period, your employment with GameStop will remain at will. Of course, all associates and applicants with GameStop are protected from discrimination on the basis of race, color, religion, national origin, sex, marital status, age, disability, or other status protected by law.

## Rehires

All associates who were formerly employed by the Company and are hired again 30 or more days after their termination date are considered a rehire. Rehires will begin another 90-day New Hire period upon being rehired. Associates rehired by the Company within 30 days of their termination date will be reinstated with their original hire date and no break in service.

## Employee Classifications

Store Associates are hired either as full-time, part-time or temporary seasonal based on the position. GameStop hires the following employee classifications:

**Full-time** manager level store positions are:
- Store Manager
- Store Manager Designate
- Assistant Manager

6

**Part-time -** Store Associates are scheduled to work 0 to 40 hours each week in the following part-time positions:
- Senior Game Advisor
- Lead Game Advisor
- Game Advisor

**Temporary Seasonal** – Associates hired on a temporary basis during the holiday season or for a specified period of time.

At the time of hire, associates are classified as either "exempt" or "non-exempt." "Exempt" associates are paid on a salaried basis; "non-exempt" associates are paid on an hourly basis with overtime. This is necessary because, by law, associates in certain types of jobs are entitled to overtime pay for hours worked in excess of forty hours (40) per work week or as required by applicable state law. These associates are referred to as "non-exempt" in this Handbook. This means that they are not exempt from overtime and, therefore, should receive overtime pay.

Generally, exempt associates are managers, executives, supervisors, professional staff, technical staff, outside sales representatives, officers, directors, owners and others whose duties and responsibilities allow them to be "exempt" from overtime pay provisions as provided by the Fair Labor Standards Act (FLSA) and any applicable state laws. If you are an exempt associate, you typically will be advised that you are in this classification at the time you are hired, transferred or promoted. If you are unsure of which job classification your position fits into, please ask your Store Manager. All Game Advisors, Sr. Game Advisors and Assistant Store Managers are classified as non-exempt.

## DRUG, ALCOHOL AND SMOKE-FREE WORKPLACE

To help promote and ensure the safety and well being of our associates, GameStop maintains a drug, alcohol and smoke free workplace. The unlawful manufacture, distribution, transfer, sale, dispensation, use or possession of a controlled substance, alcohol or inhalants on store premises or reporting to work under the influence of alcohol or drugs is prohibited. Smoking or the use of smokeless tobacco on store premises and off-site storage areas is prohibited at all times. Smoking is also prohibited in most malls and you may only smoke in designated smoking areas during breaks or meal periods.

### Drug Screening
External candidates for Assistant Store Manager, Store Manager Designates and Store Manager positions will be screened for illegal drug usage as part of the pre-employment process except where prohibited by law. All store positions may be drug screened at select stores prior to being hired. Internal candidates being considered for promotion into management positions will not be tested. If a candidate is hired into any position without a drug screening, then continued employment in that position is considered conditional upon the receipt of a negative drug test result. The failure for a candidate to be sent for drug screening is considered an unapproved deviation from GameStop's Drug Screening policy.

7

ip54541 GameStop SA Handbook.indd   8          Process Black

Associates in a position that required a pre-hire drug screening for which GameStop does not have a drug test result on file will be required to complete a drug test within three business days (72 hours) in order to continue employment. GameStop reserves the right to ensure that our Drug Free Workplace policy is consistently followed and will conduct reasonable suspicion drug screenings on associates as applicable within our policy, except where prohibited by state law.

### Prescription Drugs

Associates using prescription or over-the-counter drugs are responsible for being aware of any potential effect such drugs may have on their judgment, their ability to perform their duties and their actions while at work. If such use may impair the associate's judgment or ability to perform her/his job, the associate should report those potential side effects to the manager prior to reporting to work. In the event the associate fails to report such use, neither a physician's prescription nor other medical reasons may be an acceptable excuse for being found in violation of this policy.

### Associate Assistance

Associates who may need assistance with drug or alcohol dependency are encouraged to seek assistance for themselves and their dependents. The group health insurance offered to associates and their dependents provides limited coverage for expenses related to treatment programs. In addition, GameStop's Employee Assistance Program can provide assistance for associates. Refer to the health insurance plan description or Employee Assistance Program for details. If you are in need of assistance with drug or alcohol dependency, please notify your Store Manager who will contact the GameStop Benefits Department for potential referrals. No associate will be disciplined for seeking assistance under such a plan.



---

**WORK GUIDELINES**

---

### Name Badges

All Store Associates are required to wear a store name badge at all times so that our customers may easily identify you. The name badges are the property of the Company and should not be removed from the store.

### Personal Appearance

GameStop recognizes that mode of dress and standards of personal appearance are a matter of individual taste, but must not hinder the associates' abilities to perform their duties. GameStop observes a policy of business casual dress at our stores. Individual Regions and Districts may maintain a more specific business casual dress guideline for their stores.

General Appearance Guidelines
- All clothing must be neat, clean and fit properly.
- Hair must be well groomed and a natural color while kept in a professional manner at all times (ponytails for men with long hair).
- Maintain proper personal hygiene and cleanliness free from offensive odors, including perfumes/colognes that may adversely affect others.
- Men's facial hair must be neat and well groomed.

8

- Earrings, tattoos, and tongue piercings are allowed but other visible body piercing jewelry is not acceptable.
- Hats or sweatbands are not allowed
- Name badges must be worn at all times and easily visible to customers.
- Proper undergarments are to be worn at all times.
- Suggestive attire as well as clothing that displays potentially offensive or controversial words or pictures is prohibited.
- Buttons, pins and emblems, including, but not limited to, political campaigns, religious or controversial statements, advertising and novelty slogans, are not considered appropriate and may not be worn. Company approved buttons, pins and emblems are acceptable.

Shirts
- Men's shirts must be collared and appropriately tucked into pants as styled.
- Women may wear collared shirts or blouses without collars that are tucked into pants/skirts, if appropriate for the style. Blouses must fit appropriately. Bare midriffs are not acceptable.
- Shirts and blouses may be either long or short sleeved.
- T-shirts, sweatshirts, athletic wear/jackets, halter-tops, tank tops, including tops with spaghetti straps and blouses with inappropriate neckline or material are never acceptable.
- Sweaters, sport coats or blazers are acceptable.

Pants/Skirts
- Slacks or khaki pants for any associate, plus the additional option of business casual Capri pants or skirts for women are the appropriate attire.
- Pants with belt loops require a belt or suspenders.
- Skirts and dresses must be an appropriate mid-length. Short or mini-skirts are never acceptable.
- Denim jeans/pants, shorts, cargo pants, sweat pants, athletic wear, overalls, leggings, fleece, leather or vinyl slacks are not permitted.

Footwear
- Loafers, dress boots and flats are acceptable.
- Dress sandals, open toed shoes and mule shoes are acceptable for women.
- Socks or stockings are optional for women.
- Sneakers, work boots, hiking boots, slippers, casual sandals and flip-flops are not acceptable.

**Visitors**
Personal visitors, which include friends and relatives, distract from customer service and your job responsibilities and should be discouraged. Associates who are not scheduled to work are considered visitors. Visitors are never allowed behind the customer service counter (cash wrap), in the back room, nor permitted on store premises any time when the store is not open for business. Visitors should not be allowed to assist with Store Associate job responsibilities, including conducting sales transactions.

ip54541 GameStop SA Handbook.indd   10      Process Black



**Chewing Gum and Eating**
Eating, chewing gum and drinking are not permitted on the sales floor and must be limited to the backroom.

**Weekly Schedules**
Each week, your Store Manager will post a completed weekly schedule no later than the open of business the Saturday before the schedule goes into effect. Schedules are designed to operate stores as efficiently as possible. The total number of payroll hours allowed for each store will fluctuate depending on expected sales and trade volume for the upcoming week and the time of year. For this reason, it may be necessary to increase or decrease payroll hours for a store and its part-time associates. Store Managers may make scheduling decisions based on associates' performance, attendance and availability. Your Store Manager cannot guarantee that you will always be scheduled for the same days or times or that you will work the same number of hours each week. A member of the store management team will always be scheduled during business hours and is prohibited from leaving the store premises for any reason without another member of management present.

**Attendance**
Your responsibilities require high standards of attendance and punctuality. You are important to our success. Supervisors, coworkers and customers rely on you to be on time each day and ready to work at your scheduled starting time. Accordingly, you should report to work with enough time to ensure that you are ready to perform your duties when your scheduled shift begins. Store supervisors are expected to open the store on time, which is vital to the operation of our business.



An absence is defined as any day you are unable to report to work as scheduled, regardless of the reason. You are considered tardy if you arrive after your scheduled start time. You may be required to provide a doctor's statement for absences or tardies due to illness. Paid sick days are considered absences unless they are pre-approved with medical documentation. Associates who have excessive absences or tardies in the sole judgment of GameStop will be subject to performance coaching. Leaving prior to the end of the scheduled workday without Store Manager approval is prohibited and is considered job abandonment.

**Reporting Absences and Late Arrivals**
If you are going to be late or absent for a scheduled shift, you must personally call your Store Manager or the supervisor on duty at least one hour prior to your scheduled starting time to let him/her know why you will not be in and when you expect to be at work. You must also personally call your Store Manager or the supervisor on duty each day you are absent, even if you are absent on consecutive workdays. Notifying a member of management in advance that you will be late or absent does not excuse your absence or late arrival. Texting or e-mailing the supervisor on duty on their personal cell phone or e-mail account about your absence or late arrival is not considered sufficient reporting notification. An associate who does not personally contact a store supervisor within two hours after his or her scheduled start time will be considered absent by reason of a no-call, no-show and subject to a Final Warning. Associates who no-call and no-show for two consecutive scheduled days will be considered as voluntarily resigning their employment through job abandonment.

10

**Breaks and Meal Periods**
Breaks and meal periods are scheduled at the discretion of the manager or supervisor on duty and are based on the number of hours worked on that day, availability of Store Associate coverage and as required by state law.  Breaks and meal periods are as follows:

| Hours Worked | Meal Period/Lunch (Unpaid) | Rest Periods/Breaks (Paid) |
|---|---|---|
| Less than 5 hours | None | One 10-minute break |
| 5 – 7.50 hours | None or 30-60 minutes | One 10-minute break |
| More than 7.50 hours | 30-60 minutes | Two 10-minute breaks |

Certain states have different requirements for breaks and meal periods.  Based on business scheduling needs, GameStop reserves the right to not provide a meal period unless required under state law.  Please speak with your Store Manager regarding the requirements in your state.

Hourly supervisors who are required to remain in the store during their meal period to provide supervisor coverage, must be paid for their time and should not clock in or out for meal periods.  Likewise, associates should not clock out for any meal period of less than 30 minutes or for any rest period or break.  If an associate clocks out for any break of less than 30 minutes, the Store Manager should add any such time back into the associate's pay, and GameStop will pay for any such meal period.  Any associate who is not paid for such time should report the concern immediately to the Store Manager, District Manager, Regional Director, Human Resources Manager, the Human Resources Department at 817-424-2000, or at HR@gamestop.com, or the associate hotline (HeroLine) at 800-306-9330.

**Personal Property**
GameStop cannot assume responsibility for theft, loss or damage of personal property.  Therefore, you are advised not to bring valuable items or large sums of cash to work.  All associates and management personnel must immediately notify a store supervisor of any personal video games or software products that are brought into the store.

**Bag Checks/Inspection of Personal Belongings**
It is the policy of GameStop to check associate bags for merchandise/supplies belonging to GameStop any time that an associate leaves the store.  All associates and management personnel are required to submit for inspection any bags or personal belongings carried out of the store.  Bag checks will be conducted by the store supervisor on duty.  Personal belongings can include coats, backpacks, lunch bags/boxes, briefcases, purses, packages and shopping bags.  Associates will be asked to remove or empty the contents of these items, including emptying their coat and pant pockets in order to conduct a thorough check.  This applies only to an associate's property and not to his/her person.  Associates may not be physically touched during a bag check.  Associates cannot refuse to submit personal belongings for inspection or refuse to comply with a store supervisor's directives during the inspections.

11



### Cell Phones, Cameras and Recording Devices

Cell phones are not permitted on the sales floor at any time. The Company is committed to protecting the personal privacy of our Store Associates and customers. Associates are prohibited from using any type of camera or video recording equipment, including cell phones, on store premises without District Manager approval. The use of pictures or videos taken in the store or on Company property is prohibited. Associates are also prohibited from recording discussions with associates or management without their authorization.

### Parking

Each store or mall has a designated area for associates to park. Ask your Store Manager to show you the associate parking area for your store or mall and ensure that you comply with all parking guidelines.

### Store Hours

Store hours fluctuate based on store location and business needs. Store hours may also be extended during the holiday season and for special events. Speak to your Store Manager about the normal business hours for your store. Associates are prohibited from remaining or re-entering the store after their regularly scheduled hours or entering the store prior to their scheduled start time without management approval.

### Store Keys

Store supervisors will be assigned keys to open the store's doors, cabinets, storage room and safe. Store keys may not be duplicated and may not be given to Game Advisors without District Manager approval. Supervisors must also contact their District Manager immediately whenever store keys are lost.



### Internet

GameStop associates are expected to be loyal to the Company. GameStop prohibits associates from representing or misrepresenting the Company in any Internet discussions, blogs or postings. Associates are prohibited from posting confidential Company information, pictures or making false or disparaging remarks about the Company, its policies or any associates on the Internet. This is regardless of whether or not the associate is using a Company provided computer or is engaging in this conduct outside of his or her working hours. Selling any products purchased or obtained from our store or a vendor on an Internet site for profit is also prohibited.

### Social Media Communication

GameStop respects the right of associates to use social media channels as a medium of self-expression. However, associates must speak as individuals, not as representatives of the Company. The following communication guidelines must be adhered to by all associates using social media channels for personal use. This applies to all social media channels, including, but not limited to Facebook, Twitter and Internet Blogs.

- Associates are not to disclose any information that is confidential or proprietary to the Company or to any third party that has disclosed information to us. This includes information obtained from vendors and their representatives.

12



- Associates are to be respectful to the Company, our associates, our customers, our partners, affiliates, and others (including our competitors).

- Associates may not provide a link from personal websites to the Company's website.

- Associates may also not use the GameStop logo or any GameStop trademark on their personal website or reproduce Company material.

- Associates are prohibited from using any type of camera or video recording equipment, including cell phones' on store or Company premises without appropriate authorization. Associates are prohibited from publishing any still photos or video taken from the inside of a store or any other GameStop property on any website.

- Associates may not develop individual store or district Internet accounts on behalf of GameStop, nor should the GameStop name be used in any accounts.

- Business related concepts, information and procedures that are developed or produced as a result of employment with GameStop are considered proprietary Company information and may not be published or communicated in any media forum.

## News Media

Television, newspaper or radio media may on occasion contact a store to request an interview about the products we sell or to obtain other information about the Company. This may include taking pictures or video of our store or property. Store Managers must contact their District Manager, Regional Director or the Vice President of Corporate Communications regarding all media and public relations interview requests. Any inquiries from financial analysts and/or investors must be directed to the Investor Relations Department. Under no circumstances may an associate act as a representative of GameStop, Inc. and conduct a news media interview or discuss non-public information about the Company without proper authorization from an authorized Company official.

## ESRB Policy

The Entertainment Software Rating Board (ESRB) is responsible for rating the content of interactive entertainment software (video games). The ESRB rating system is designed to give customers the information they need to evaluate the content of a computer or video game before making a purchasing decision. The ESRB rating system has two component, "rating symbols" on the front of the game boxes that suggest what age group the game is rated for, and "content descriptors" on the back of the box that describe the content elements in the video game that may be of interest or concern. As a responsible retailer, GameStop abides by the ratings established by the Entertainment Software Rating Board and will not sell a Mature-rated title or R-rated movie to anyone under the age of 17. All GameStop associates will receive ESRB training and sign the ESRB Rating Policy Acknowledgement to ensure the general

policies and procedures are followed.  GameStop requires each of our associates to comply with the ESRB rating system.  Associates who violate any portion of the ESRB policy are subject to a final warning up to termination of employment.

**Associate Reservations**

GameStop offers customers the opportunity to reserve future product releases with a minimum deposit.  The Company encourages associates to take advantage of the reservation program using the appropriate procedures including the following guidelines:

- Associates may not ring their own reservations.
- Associates must purchase the product they have reserved and may not roll over reservation deposits unless they contact their Store Manager, who must obtain approval from the District Manager.
- Associates must contact their Store Manager, who must get approval via the District Manager, in order to refund reservations.
- Associates may not refund their own reservations.

**Trade-Ins**

GameStop offers customers the opportunity to trade-in their used video games, accessories and systems for cash or credit.  Trade-in credits can then be applied to purchases, reservations or Edge Cards.  All associates will receive training on the Trade-In policy and sign an acknowledgement to ensure the Company policies and procedures are followed.  Our trade in policy is designed to ensure that we do not accept stolen merchandise.  Associates who knowingly accept stolen merchandise or who violate the trade-in policy may be immediately terminated and may be subject to criminal penalties.

Associates are encouraged to participate in our trade-in program using the appropriate procedures including the following guidelines:

- Trade promotions cannot be applied if an associate receives cash.
- All trade transactions must be made when the associate is not working.
- Trade-in merchandise must be brought into the store during operating hours and with the knowledge of the store supervisor on duty.
- A store supervisor must process all trade transactions.  Associates may not process their own transactions.
- All trade transactions must be logged in the GamePlanner

**Travel and Expense Reimbursement**

Store Associates will be reimbursed for reasonable and necessary out-of-pocket expenses they incur in the course of performing their job duties.  GameStop will reimburse associates for using their personal vehicle to conduct Company-related business, including without limitation making deposits at offsite bank locations, delivering merchandise to stores or traveling to offsite Company meetings.  Store Associates will be reimbursed for use of a personal vehicle using the mileage reimbursement method.  They will also be reimbursed for parking expenses, toll fees and other similar out-of-pocket expenses incurred during business travel.

14

In addition, hourly associates will be paid for time spent traveling during work or at the direction of GameStop. If hourly associates are asked to report to a location other than their usual place of work, the travel time in excess of their normal commute to work may be compensable. Ordinary travel between home and work is not compensable.

Refer to the Store Associate Travel and Expense Policy in the Store Procedure Manual located in your store, or on the GoStores website for further details, including the procedure for submitting expenses per the policy. Expenses must be submitted in a timely manner in accordance with this policy. Speak with your Store Manager if you have any questions. In addition, you may also e-mail expensereporting@gamestop.com, HR@gamestop.com or contact the employee hotline at 800-306-9330 to report any concerns about travel and expense reimbursement.

### Promotional Merchandise

Associates may from time to time receive free promotional or demo merchandise from the Company or our vendors that we carry in our store inventory. Associates are prohibited from returning the merchandise to our stores for a full refund, but may trade-in video games, systems, accessories in accordance with associate trade-in procedures. Associates are also prohibited from selling promotional merchandise received online. Stores will at times receive premium items that are offered as incentives to customers to reserve product. These premium items are to be treated as store merchandise. Associates may not take promotional or demo merchandise without Store Manager approval. Management must not give these items away to any GameStop associate during the promotion without instruction and approval from the Store Support Center.

### Store Video Game System Kiosks

Store Video Game system kiosks are for customers use and for demonstration purposes only. Associates are prohibited from playing the video game systems while working, unless it is for customer service purposes. Mature rated titles may not be displayed in kiosks.

### Rare/Variant Products

GameStop frequently receives and sells products designated as exclusive, rare, variant or limited quantity items. Because these products are not only very desirable to customers and collectors, but to associates as well, associates are allowed to purchase rare or variant products for their own use or as bona-fide gifts using their associate discount. Associates may not purchase one or more duplicates of the same item. Associates are strictly prohibited from reselling any exclusive, rare, variant or limited quantity item within one year of the date of the purchase, regardless of whether the Associate discount was used to purchase the product. To ensure that no customer is denied the opportunity to make a purchase, associates are strictly prohibited from placing any exclusive, rare, variant or limited quantity "on hold," either for him/herself or for another associate, to purchase at a later time.

15



## CONFLICT OF INTEREST

GameStop supports Store Associates in pursuing a full range of activities outside of work, such as school, hobbies, another job, or consulting work, provided that there is no conflict of interest or the appearance of a conflict of interest.  This means that:

- Your scheduling availability for work at GameStop is not adversely affected and must take precedence.

- Your outside commitments and responsibilities do not conflict or interfere with your job responsibilities or with the interests of GameStop.

- No outside business, employment or consulting activity is conducted during your working time, on store property or with the use of GameStop resources, equipment or facilities.

- You, your spouse/spousal equivalent or any member of your household do not participate in the ownership of or are employed by a competing business that markets, sells or supports the sale of products that are sold by or that compete with products sold by GameStop. This includes working for vendors or suppliers.

- Accepting money, gifts, merchandise or GameStop store credits/gift cards from customers.

- You may not accept any gifts, demo products, entertainment or services of more than a nominal value from any vendor or organization which does business or seeks to do business with GameStop.

- There is no solicitation of GameStop customers at any time or for any reason that is not directly related to the purchase of products or services sold or offered by GameStop.  You are prohibited from purchasing products from or selling personal merchandise directly to customers, or selling products purchased or obtained from the store on an Internet site for a profit.



### Political Contributions

No associate may make, agree to make, or direct to be made any contributions of money, resources or services to any political organization, entity, cause or representative on behalf of GameStop.  Associates may, of course, participate in and contribute to political organizations or causes in their own name and with personal resources but are prohibited from doing so during working time, on Company premises, or using Company resources.

### Release of Information

Unauthorized disclosure or release of any information or data that concerns or that is the property of GameStop or a GameStop division or subsidiary is strictly prohibited. Associates with concerns regarding whether their business interests or activities may create a conflict of interest are required to discuss those concerns with their Store Manager, District Manager  or the Human Resources Manager.

16



8/18/2009  9:03:31 AM

**Employment of Relatives/Friends**

Members of an associate's family may be hired, provided that one relative does not directly or indirectly supervise another relative in the same store, district, region or market. Consideration for employment at other store locations will be given on an individual basis. This also applies to anyone with whom an associate has a personal relationship and to associates in any type of cohabitational relationship (roommates) that may raise the issue of favoritism in the supervisory relationship or create a potential conflict of interest. If employment of a family member or a cohabitational relationship creates a potential for a conflict of interest, favoritism or negatively affect morale, GameStop will place one of the associates in another store as soon as possible.

Relatives are defined as spouses or spousal equivalents, domestic partners, children, siblings, parents, grandparents, aunts, uncles, nieces, nephews, in-laws, and any "step" relationship. Immediate supervisors must be informed in advance of any potential conflicts of interest if a relative or friend is being considered for hire. Relatives and friends of GameStop Associates will be considered for employment using the same criteria applied to other applicants.

**Associate Dating**

The Company recognizes that sometimes personal relationships can develop between associates who work together. Potential problems may arise when associates date one another. These problems may include conflict of interest, potential allegations of sexual harassment, claims of favoritism and discord that can interfere with store operations and associate productivity. If a personal relationship develops between Game Advisors the Store Manager is to be advised immediately. GameStop prohibits store supervisors or members of management from dating or engaging in romantic or sexual relationships with any associates they supervise. Supervisors who engage in a relationship with any other Store Associate must disclose the relationship to their Store Manager or District Manager immediately. If a personal relationship between a supervisor and an associate is determined to be in violation of this policy, the Company will attempt to place one of the associates in another position/location as soon as possible. If no suitable alternative is available or advisable, one of the associates will be given time to find employment outside of the Company. If a supervisor does not notify their manager about a personal relationship with one of the store associates, the supervisor will be subject to a final warning, up to termination of employment.

| COMPANY RESOURCES |
| --- |

The following rules of use have been adopted to ensure proper use of the Company's telephone and computer resources. It is the responsibility of all associates to adhere to these rules and to use these resources in a professional, ethical and lawful manner. Associates are given access to these resources to assist them in the performance of their jobs. The computer and telecommunications systems belong to the Company and may only be used for authorized business purposes.

## Telephones

Store telephones are intended to be used to conduct Company business and provide customer service. Personal phone calls are restricted to genuine emergencies. Relatives and friends must be instructed not to call you at work except in cases of an emergency. Excessive personal phone calls or unauthorized long distance/toll calls using store telephones are strictly prohibited.

## E-Mail, Voice Mail and Computer Networks

GameStop has a variety of electronic communications platforms to help your store get the information it needs to be successful and which you may use to communicate with the Store Support Center. The Company E-mail, voice mail and computer networks may not be used for sending, receiving, displaying, printing, or otherwise disseminating material that is fraudulent, harassing, illegal, sexually oriented and/or explicit, obscene, intimidating, defamatory, or otherwise inconsistent with a professional workplace. Associates encountering such material should report it to their Store Manager, District Manager, Regional Director, Human Resources Manager, the Human Resources Department at 817-424-2000 or HR@GameStop.com, or the associate hotline (HeroLine) at 800-306-9330. Harassment of any kind is prohibited. No messages with derogatory or inflammatory remarks about an individual's race, age, sex, disability, religion, national origin, color, physical attributes or sexual preference may be transmitted. No abusive, profane or offensive language is to be used for any purpose, which is illegal, against Company policy or contrary to the Company's best interest. Solicitation of non-company business or any use of the Company E-mail or Internet for personal gain is prohibited. Associates may not use the Company's Internet resources for personal advertisements, solicitations, destructive programs (i.e., viruses and/or self-replicating code), political material, or any unlawful use. Associates inappropriately using e-mail, voice mail or computer networks are subject to performance coaching up to and including termination of their employment.

## Waiver of Privacy

All messages and communications must be courteous and professional and are the property of GameStop. For this reason, GameStop may at any time exercise its right to access, monitor, and disclose these messages. The Company has the right, but not the duty, to monitor any and all aspects of its computer system, including, but not limited to, monitoring sites associates visit on the Internet, monitoring chat groups and newsgroups, reviewing material downloaded or uploaded by associates and reviewing

E-mail sent and received by associates. Associates waive any right to privacy in anything they create, store, send, or receive on the store/Company provided computer, the Company's network, or Internet resources. The Company will not be held responsible for any damages, direct or indirect, arising out of the use of any Internet resources. Associates and Store Managers are not permitted to access, retrieve, read or disclose any messages, files or accounts of another associate without the express direction of GameStop.

## Passwords

No associate may use or share a computer password, PIN or any type of personal access code exclusively assigned to another associate.

8/18/2009  9:03:31 AM

**Computer Programs and Software**

Programs and software on Company provided computers are the property of the Company and may not be altered, copied, downloaded, printed or distributed. Computer programs and software must never be loaded or downloaded onto any Company provided computer systems without authorization from a Store Support Center Help Desk Representative or Information Technology Manager. Unauthorized copying, downloading or recording of messages, information or conversations is strictly prohibited.

**Data Networks**

Stores may have DSL circuits installed to provide data communication for point-of-sale (POS) registers and to provide data communication for multi-unit managers. Only Company-owned POS terminals, laptops and Company-owned laser printers may be connected to the appropriate DSL networks located in the store. Associates may not attach wireless routers, wireless switches or any other device to the data networks. GameStop has monitoring systems in place to detect unauthorized devices attached to the in-store data network.

**Sensitive Data**

Sensitive information is information or knowledge that might result in loss security if disclosed to others who might have unknown trust or hostile intentions. Loss of sensitive data results in a data breach. Loss of possession, disclosure, misuse, modification or unauthorized access to sensitive information can adversely affect the privacy of an individual and confidential trade secrets of GameStop. Specific measures are in place to protect this data in all areas that it is collected, stored or transmitted. Sensitive data includes Personally Identifiable Information (PII) such as social security numbers, driver's license numbers associated with names and addresses. Credit card data from customers or internal employees are subject to Payment Card Industry (PCI) requirements and must be protected at all times.

**Computer Security Incidents**

A computer security incident is considered the occurrence of any real or suspected adverse events in relation to the security of GameStop computer information systems or computer networks. Any observance of a security infraction or security weakness by a GameStop associate, contractor or other third party must be reported immediately to the Corporate Help Desk.

| PAYROLL |
| --- |

**Time Clock**

All Store Associates, including salaried Store Managers, are personally responsible for accurately recording the time they work each day via the point-of-sale (POS) register. Your manager will show you how to record your work time in the POS payroll time clock module. Working while not signed in or while signed out is never permitted. You must sign in and out on the POS at the actual times you start and stop work. When you sign in, you must start work immediately. Under no circumstances may you sign another associate in/out or have another associate sign you in/out. Falsification or misrepresentation of time worked for yourself or another associate; or allowing

19

associates to work while not signed in may result in termination of your employment without prior notice or warning.

Weekly timesheets reflecting all hours worked will be printed by your Store Manager and provided to you for review.   Please review the timesheets carefully to make sure that it includes all the time you have worked.  If the weekly timesheet accurately reflects all the hours you worked, sign the timesheet to verify its accuracy and return the signed timesheet to your Store Manager.  If there is any error in your timesheet, or if the timesheet does not accurately reflect the work that you have performed, you must notify the Store Manager immediately, who will correct your timesheet to reflect all work that you have performed.  If the manager fails to make any correction to your timesheet, you should immediately notify your District Manager, Regional Director, Human Resources Manager or the Human Resources Department at 817-424-2000.  You may also send an E-mail to HR@GameStop.com or contact the employee hotline at 800-306-9330.  No associate will be subject to retaliation for reporting any request to work off the clock or for otherwise exercising his/her rights to be paid for all working time.  The weekly timesheet is to be kept in the store and electronically at the Store Support Center for payroll record keeping purposes.

Associates are not permitted to "volunteer" any work on behalf of GameStop, and if an associate is present at a store outside his/her scheduled working hours, they should not perform any work whatsoever.  However, if an associate does perform such work, he/she should report the time for such work as a correction on his/her timesheet under the procedure outlined above.   Likewise, an associate who does any work for GameStop outside his normal regular working hours or while he/she is not signed in, such as being called at home with a question, making a store deposit at a bank, or time spent clocking in or booting up his or her computer, should report such work as a correction to his/her timesheet.  Associates can never work "off the clock."  Associates should report any instruction by any associate that they or any other associate work "off the clock" immediately to their District Manager, Regional Director, Human Resources Manager or the Human Resources Department at 817-424-2000.  You may also E-mail HR@gamestop.com or contact the employee hotline at 800-306-9330.  No associate will be subject to retaliation for reporting any request to work off the clock or for otherwise exercising his/her rights to be paid for all working time.

<u>Overtime</u>
There may be times when hourly associates may be required to work overtime.  Hourly associates are to receive as much advance notice as possible when overtime is required.  Overtime will be paid at one and one-half times the associate's regular hourly rate for any time worked in excess of forty hours per week or as otherwise required by state law.  Overtime must be approved in advance by the Store Manager and District Manager; however if an associate works overtime or outside his/her regularly scheduled hours, the associate must record his/her time and will be paid for the time, including any overtime.  If the associate's working time is not reflected in his/her weekly timesheet, follow the procedure under the "Time Clock" heading to make sure that the weekly timesheet is corrected.   Associates in states that have additional overtime requirements will also be paid out in accordance with the applicable State laws.

20

8/18/2009  9:03:32 AM

### Paydays

For purposes of computing pay, the workweek begins each Sunday and ends the following Saturday. The break-in-day to begin the next official work day is 12:00 AM local time. Associates are paid bi-weekly on Friday for the prior two-week period, either by paycard or via direct deposit to their bank account. Non-negotiable pay statements are mailed to the associate's home address. The pay statement details each associate's compensation and deductions such as taxes and benefits costs. The statement will also list current year-to-date earnings and taxes. Associates may also view pay information and print their pay statement via the Internet at https://gamestop.intersourcing.com. The associate's user name to log on to the website is their last name plus the last four digits of their social security number (example: smith1234). An associate's initial password is their date of birth (MMDDYYYY). Questions about pay, pay statements or how to access pay information online should be directed to your Store Manager.

### Direct Deposit

You are encouraged to sign up and receive your pay via direct deposit to your designated bank account. Associates who do not sign up for direct deposit will be paid via the Comdata Paycard, unless prohibited by state law. Associates' bi-weekly pay will automatically be deposited to either their designated bank account or paycard account each payday. Using either direct deposit or the paycard increases the security of your pay. You will never need to worry about lost paychecks or late delivery of paychecks. You will also have immediate access to your funds each payday.

### Paycard

Associates will be issued a Comdata Paycard and packet upon hire. You will be paid via the Paycard, unless you sign up for direct deposit or it is prohibited by state law. You should keep your paycard secured at all times. The paycard is a debit card for your own virtual bank account that can be used to access funds at an ATM or at a point of sale system when making a purchase. You will also be provided a pack of convenience checks that may be cashed for all or part of your net pay. Convenience checks are guaranteed funds and may be cashed at any bank or check cashing service.

The first paycard or convenience check transaction after each payday is free of Comdata fees. After the first transaction, a fee will be assessed against the paycard account balance whenever an associate chooses to use the card for additional transactions. Some banks or ATMs may also charge their own additional fees against the paycard account for transactions. Paycard account balances may be accessed by using the Voice Response Unit at 1-800-741-6060 with no additional charge. Associates should contact the Comdata customer service department at 1-800-226-3931 with any questions regarding their paycard account. Convenience checks may not be used for purchases at GameStop stores.

## SOLICITATION

Solicitation of an associate by another associate while either individual is on working time is prohibited. Associates who are not on working time (e.g., those on lunch hour or breaks) may not solicit associates who are on working time for any cause. Solicitation is defined as requesting payment or contribution of money or requesting a pledge of such payment or contribution at a later time for any organization, cause or event not sponsored by the Company. It also includes requests for participation, support or membership on behalf of any non-company-sponsored organization, cause, association, club or group. Associates are strictly prohibited from posting in the store or distributing non-Company literature, handbills, notices or brochures to customers, in any GameStop store or on GameStop property during working time. This includes purchasing products from or selling personal merchandise directly to customers or soliciting customers to sign petitions. Non-Associates are prohibited at all times from trespassing, soliciting, or distributing/posting of non-company literature, handbills or brochures in any GameStop store or property.

## SAFETY

GameStop is committed to providing a safe and healthy work environment in every store and business operation. Safety is important to the health and well being of all associates. No function at GameStop is so important that it requires a compromise of safety. In order to establish consistent efforts to reduce accidents and injuries and to mitigate the results of those that do occur, all associates must:

- Report any emergency or accident to your Store Manager or a store supervisor immediately. Contact law enforcement, security, or emergency personnel and otherwise respond to any emergency or accident immediately to minimize or remove potential risks to associates, customers or the public. You may also contact your District Manager or the Human Resources Manager or report any non-emergency safety matter via to e-mail HR@gamestop.com or contact the employee hotline at 800-306-9330.
- Report any hazardous situation to your Store Manager or a store supervisor immediately and help take action to minimize or remove it.
- Maintain a clean and safe store.
- Follow all safety guidelines established for use of equipment, material handling, and emergency procedures. Minors (under 18) are prohibited from using trash compactors or cardboard bailing machines.
- Never engage in horseplay or other activity that may endanger the safety of any associate or customer.
- If possible, leave the store with another associate upon closing.
- Use good judgment to avoid accidents and hazardous conditions.

22

## Workplace Free from Violence

The Company intends to provide a safe workplace free from violence and will hold all associates accountable for their actions. The Company will not tolerate acts or threats of violence which occur on Company premises or which are directed at the Company's associates or customers. Possession of firearms, knives, explosives or lethal weapons of any kind while on Company premises, at any Company-sponsored event or while conducting Company business is prohibited. The Company will take prompt remedial action against any associate who engages in any threatening behavior or acts of violence or who uses obscene, abusive or threatening language or gestures. The Company will exercise all available legal rights to ensure the safety of associates against any former associates, customers, visitors or vendors who engage in violent, threatening or abusive behavior on store premises. Associates are directed to report immediately to their Store Manager, the District Manager, and the Human Resources Manager or e-mail HR@gamestop.com, or contact the employee hotline at 800-306-9330, to report any instances or threats of workplace violence.

---

### LOSS PREVENTION

Protection of GameStop merchandise, cash and property is a priority concern. We have developed a comprehensive approach to loss prevention and inventory shrinkage control that addresses such critical issues as management and associate awareness, plus loss prevention auditing at stores. Your role as a member of our team requires your active involvement in this program and helping ensure that you and your store are in compliance with all loss controls. In this role, you are expected to cooperate with any inquires or investigations concerning possible losses or violation of Company policies. You will also be expected to maintain the confidentiality of any such investigation or inquiry, and you should not attempt to conduct your own investigation. Failure to comply or cooperate with a Company investigation or follow Loss Prevention procedures listed below may result in a performance coaching up to and including termination of employment.

### Processing Register Transactions

Remember the following whenever you process register transactions:

1. All sales must be properly recorded and all monies immediately placed in the register.
2. Closely follow all sale, exchange and refund procedures, including check and credit card acceptance procedures.
3. You may not process any transactions (purchases, refunds, trades) for yourself or your immediate family members.
4. You may not make change for yourself, customers or coworkers from the register, or accept checks/credit cards/debit cards for additional cash.
5. At no time should you place your own personal funds in the register to cover for cash shortages or transaction errors.

23

**Shoplifters**

Each year millions of dollars of retail inventory simply disappear.  Providing the best customer service possible is the most effective way to discourage people from shoplifting.  A warm greeting lets customers know that you are there to help and that you are aware that they are in the store; it also reminds the potential shoplifter that you are nearby.  Shoplifters do not like to take the chance that they will be caught.  If you suspect someone of shoplifting or attempting to shoplift:

1.  Inform your Store Manager or a store supervisor immediately.
2.  Do not confront the customer or accuse the customer of stealing.
3.  Offer to help the customer.  This will discourage the person and if they have shoplifted, often causes the person to replace or dispose of items previously taken.
4.  Do not take any actions that would endanger you, other associates or customers.
5.  Do not follow a suspected shoplifter out of the store to obtain the merchandise, license plate information or a physical description.
6.  Shoplifting apprehensions can only be made by members of management who have been trained in the proper apprehension procedures.

**Store Robbery**

GameStop has established loss prevention policies and procedures to reduce the exposure of robbery in a store.  However, in the event that a robbery should occur the primary objective is to protect our associates and customers, rather than cash or merchandise.  If a robbery occurs, follow these rules:

1.  Follow all instructions made by the robber.
2.  If a weapon is seen or unseen, assume that the weapon is real and the robber will use it.
3.  Do not try to trick the robber in any way in an attempt to use force or call for help.
4.  Do not attempt to pursue the robber when he/she leaves the store to obtain the merchandise, license plate information or a physical description.
5.  As soon as the robber is out of sight, call the police (911) to report the robbery.
6.  Call the District Manager and Regional Loss Prevention Manager to report the robbery.
7.  Do not touch anything that the robber has touched.
8.  Ask customers to remain as witnesses for the police.

**Inventory Shrinkage**

Inventory shrinkage is the loss of inventory caused by external theft (shoplifting), internal theft (associate theft) and paperwork errors.  Shrinkage affects not just the Company, but also all associates.  High shrinkage can cause morale problems, loss of merchandise checkout privileges, loss of promotion opportunities and performance coaching up to and including termination of employment.  GameStop's Loss Prevention Department has developed tools and awareness programs to support our stores and help you become more familiar with signs of shrinkage and what to do about it.  Please speak with a member of management for additional information.

### Loss Prevention Hero Line / Whistleblower Associate Hotline

The GameStop Hero Line can be used to report concerns regarding loss prevention, human resources or accounting control issues. We rely on the honesty and integrity of our associates. Fraud, misuse or theft of merchandise, cash or property will not be tolerated. Associates who commit a crime against the Company will be prosecuted to the full extent of the law. You can call 1-800-306-9330, 24 hours a day, 7 days a week and talk to a live person regarding any concerns you have.

We encourage you to talk to your supervisor whenever possible. However, we realize that there are times when you may wish to remain anonymous, or might not be comfortable discussing your concern with a GameStop Manager directly. The Hero Line is run by an outside company and is staffed by trained professionals who will listen to you and ask questions to help you compose your thoughts and communicate your concerns. All calls will be handled in a professional manner, and kept confidential and anonymous upon request. Complaints will be forwarded to the appropriate persons for monitoring and ensuring proper action. A caller will also have the opportunity to check on the status of your complaint while maintaining complete anonymity. Associates who use the Hero Line or Company's Open Door policy will not suffer any form of retaliation.

Loss Prevention concerns may also be e-mailed to Heroline@gamestop.com or by contacting your Regional Loss Prevention Manager. The e-mail or call will be kept in the strictest confidence. Associates may be rewarded for reporting activity that results in preventing a substantial loss to the Company. Associates who have knowledge of store fraud, theft or any loss and do not report it to the District Manager or Loss Prevention department may be subject to termination of employment without prior notice or warning. Associates, however, should not themselves interview witnesses, contact other stores, or otherwise conduct their own investigation, as GameStop has a trained staff of Loss Prevention personnel to perform these tasks.

### Software Piracy

Copying of software, DVDs and/or manuals/instructions is illegal and is prohibited. Associates may never bring in any illegally copied software or modified game systems to play illegally copied video games into the store. Associates are prohibited from possessing unauthorized copies of software or documentation assisting others to violate copyright laws.

### Civil Recovery

The Company incurs damages every time a theft occurs by an associate. Even when the merchandise or cash is recovered, additional damages are sustained in the form of time and equipment used in the investigation and pursuit of property. Civil Recovery is designed specifically to assist in recouping these losses. The Company will pursue recovery of civil monetary damages and/or penalties from associates who commit theft or violate company policies that result in a loss to the Company, in addition to criminal prosecution.

25

---

**PERFORMANCE AND PROMOTIONS**

---

**Performance Reviews**

Your Store Manager will meet with you at minimum once every calendar year and conduct a formal review of your job performance. This is a time when you and your Store Manager can assess your progress and your potential for continued growth. It is also a time when goals and objectives can be established for the future. If there are areas of your performance that need to be improved, your Store Manager will discuss them with you and work with you to develop a plan to bring your performance up to the required standard. A merit pay increase may be awarded with your performance review based upon a satisfactory review score and Company guidelines.

**Promotions**

GameStop is committed to hiring, developing and promoting qualified candidates to open positions at all levels of the Company. In keeping with this commitment, it has always been our practice to consider internal candidates for promotion to open positions. When considering internal candidates for promotion, we look for associates who consistently perform above standard in all areas of job performance. They demonstrate outstanding customer service, work well with others, display a genuine interest in their jobs and an ability to learn and grow with the Company. Those in a supervisory role must be at least 18 years old. It is your responsibility to make yourself the best choice for promotion and discuss your interest in career opportunities and the process for qualifying for promotional opportunities with your Store Manager or District Manager.

**Background Checks**

Criminal background checks are conducted on all candidates immediately following hiring or promotion to supervisory level positions in accordance with state and local law. All job offers and or promotions are conditional and subject to review based on the results of the background check, in accordance with Company guidelines. Although criminal convictions will not exclude any candidate from consideration for a position, such information may be included in the overall evaluation of the candidate's qualifications for the position where consistent with state and local law. Store Managers and Store Associates who have any false or misleading statements, or omitted/concealed information on their application for employment regarding their conviction of a felony or misdemeanor, will be subject to immediate termination of employment. In addition, conviction of any crime which can be construed to indicate that continued employment would constitute a threat or hazard to fellow associates, customers, the Company, its property or its reputation may also result in immediate termination of employment.

**Transfers**

Many career opportunities are available within GameStop to transfer to other stores within districts or regions. These requests will be evaluated based on business needs and the performance of the associate. Due to business needs, associates may be transferred to other stores, or scheduled to work temporarily at another store (borrowed) within the area at any time. Associates who personally relocate themselves to other cities are not guaranteed a position at another store. Speak with your Store Manager if you are interested in transferring.

## Performance Coaching

GameStop believes that our continued success depends on the success of all our associates. For this reason, we have established policies, practices and directives in order to maintain a safe productive environment for our customers and associates. Store Managers are responsible for maximizing performance through clearly communicated goals, behavior based feedback and development plans that leverage fully every associate's talents. Store Managers are obligated to provide coaching to assist in correcting unacceptable associate performance or conduct. The performance coaching process is intended to treat all associates fairly and to provide associates with a fair opportunity to correct job performance. The coaching process also provides a constructive and interactive process for you and your Store Manager to work together in the development of action plans for your success.

Minor performance issues may be addressed initially via verbal coaching discussions to review performance issues and outline a plan to improve performance. In instances of substandard job performance, personal misconduct, negligence or violations of policies, practices, rules, directives or instructions, associates may be subject to a documented 1st Coaching discussion or a Final Warning discussion, based on the severity of the performance issue. If substandard performance does not improve or is repeated, a documented 2nd Coaching discussion may occur, or in cases where an associate was previously issued a Final Warning, termination of one's employment may occur. Certain actions or policy violations on the part of an associate may require bypassing all or part of the performance coaching process and may necessitate immediate termination of employment without prior performance coaching or final warning. (Refer to Standards of Conduct section).

No associate is guaranteed a specific number of performance coachings, or guaranteed a uniform time period for the correction of substandard job performance. GameStop does not have a formal step-by-step progressive discipline policy.

The purpose of performance coaching is to provide associates with an opportunity to correct the performance issues and provide a record of these issues for the benefit of the associate and for GameStop management. It in no way constitutes a contract of employment. Employment with GameStop is for no set time period and may be terminated, either by the associate or by GameStop, at any time for any reason. GameStop may extend, abbreviate, or otherwise alter the performance coaching process based on the individual circumstances and demonstrated business needs.

27

## BENEFITS FOR ALL ASSOCIATES

Consult the Human Resources section of the Store Procedure Manual or contact the Benefits Department at 866-637-4387 or e-mail **Benefits@Gamestop.com** for more detailed information on the following Company provided benefits. The following description is for information purposes only and certain benefits offered by the Company are governed by the Plan documents for such benefits.

<u>Associate Discounts</u>
Associates are eligible to receive discounts on purchases of merchandise at all GameStop stores. Associates will receive a 15% discount at GameStop stores on all new and used merchandise with the exception of new video game systems. Game time cards and points cards are not eligible for associate discounts. Associate discounts are not available on GameStop.com. The discount applies to purchases for:

- your own use
- your spouse and/or children
- bona fide gifts using your personal funds for payments.

In addition, you may receive a discount of up to 30% at all Barnes & Noble, Bookstop, Bookstar, B. Dalton Bookseller, Doubleday and Scribners' bookstores. There is no associate discount available to associates at Barnes & Noble College Bookstores or on bn.com. Associate discounts are a benefit. You may not: 

- give your discount, in whole or in part, to other relatives (i.e. parents, brothers/sisters, grandparents), friends, customers, vendors or mall employees
- process your own transactions or family member transactions. Store supervisors must handle all associate discount transactions.
- resell any merchandise you purchase for a profit. This includes rare/variant toys that are purchased without an associate discount.

Associate discount benefits will be immediately discontinued on the associate's last day of work, regardless of his or her official last day of employment.

<u>Merchandise Checkout</u>
Associates are allowed to check out one item of store merchandise for personal use for up to four days. The following guidelines apply for Merchandise Checkout:

- Hardware, accessories, sealed CDs or software programs that must be altered to install may not be checked out.
- New releases, hot titles or if the on-hand quantify of a product equals one may be prohibited from being checked out.
- Associates may only check out items from the store in which they work.
- Associates are personally responsible for any merchandise they are allowed to check out. If a checked out product is returned in unsellable condition, or if the product is not returned, the associate must purchase the product at the current price less the associate discount.
- Merchandise must be properly checked out in the Associate Merchandise Check Out Log in the Game Planner.
- Copying of software and/or manuals/instructions is illegal and is strictly prohibited.

- Merchandise that leaves the store without being properly checked out or purchased is considered to be unauthorized removal of Company property.

### Employee Assistance Program

The Company's Employee Assistance Program (EAP) offers answers, information and support for many of the questions and issues you face in your day-to-day life. The EAP can provide you with information on a wide range of issues including legal and financial issues, parenting resources, drug/alcohol addiction and recovery, and personal or work related problems. The EAP can provide up to three in-person sessions for you to talk with a counselor, free of charge. Accepting or seeking assistance from the EAP is entirely voluntarily, is not a condition of employment and does not affect your job security or future promotional opportunities. For additional information about our EAP or to schedule an appointment, please call 800-535-4985.

### Workers' Compensation

Associates are covered by Workers' Compensation Insurance according to the laws in the state in which they are employed. Workers' Compensation provides associates with payment for any necessary medical treatment and for time lost due to an on the job accident or injury (according to state law). Every on-the-job accident, no matter how minor, must be reported to the insurance carrier. In the event of an accident or injury, you must immediately notify your Store Manager. If necessary, associates should seek immediate medical treatment for on the job injuries or illnesses.



| BENEFITS FOR ASSOCIATES WITH WAITING PERIODS |
| --- |

**All Store Associates are eligible for the following benefits upon completion of the required waiting period. The information presented here is for information only, and the benefits described here are set forth in more detail in the plan documents and summary plan description. In the event of any conflict of such information, the plan documents govern. Contact the Benefits department at 866-637-4387 or e-mail Benefits@Gamestop.com for additional information regarding our listed benefits.**

### Medical, Dental and Vision Insurance

GameStop offers a comprehensive and competitive health insurance plan that is responsive to associate needs at a reasonable cost. Associates will become eligible for Medical, Dental, Vision and Life Insurance benefits at the beginning of the month following 90 days of continuous employment. Associates may enroll for coverage for themselves and their eligible dependents. A benefits enrollment packet will be sent to the associate's home address when he or she becomes eligible. Contributions towards health insurance coverage are deducted on a pre-tax basis. Associates who decline coverage or who do not enroll in the plan upon becoming eligible will not be able to enroll in the plan until the next Annual Open Enrollment period in April or if there is a qualified family status change. Changes in coverage due to a family status change of marriage, divorce, birth/adoption of a child or spouse losing coverage under another insurance plan must be made within 31 days of the qualified event.

29

## Life Insurance

Associates are eligible for Life and Accidental Death and Dismemberment (AD&D) insurance upon becoming eligible for health insurance. Life insurance is equal to one times the associate's annual pay rate. Additional Supplemental Life Insurance, up to four times an associate's annual pay rate, is also available for a classified full-time associate to purchase at a competitive rate.

## 401(k) Savings Plan

Associates will be eligible to enroll in the 401(k) Savings Plan at any time upon the completion of all of the following:

- One year of employment
- 1000 hours of service
- Reaching the age of 21

An enrollment package, including instructions, detailed plan information and investment options will be mailed to your home shortly before you become eligible. The GameStop 401(k) Savings Plan is intended to help you achieve financial security for the future. The plan offers a convenient way for saving money for retirement and reduces your current income taxes. The Company will also match a portion of what you contribute to the plan. You will immediately be 100% vested in the Company match. The Company match will equal the following:

- 100% of the first 3% of pay that you contribute
- 50% of the next 2% of pay that you contribute

---

| IMMEDIATE BENEFITS FOR MANAGERS |
| --- |

**All manager level positions, including Store Managers and Assistant Store Managers are eligible for the following paid benefits immediately upon their date of hire or promotion to the position.** The information included here is only a summary. You should consult the Human Resources section of the Store Procedure Manual for more detailed information on each of the benefits. Where applicable, state laws take precedence.

## Holidays

Eligible hourly managers will receive paid time-off for observance of the following four Company designated holidays:

| New Year's Day | Thanksgiving Day |
| Independence Day | Christmas Day |

In order to receive holiday pay, eligible hourly managers must work their normally scheduled days immediately before and after the holiday. Eligible full-time managers will have 8 hours of holiday pay added to their time. Hourly managers receive holiday pay, regardless of if they work the day of the holiday or not.

8/18/2009  9:03:33 AM





**Bereavement Leave**

When a death in the family occurs managers may take time-off with pay. Managers may be granted up to three paid days off from work in the event of the death of an immediate family member or up to five days, if the funeral is over 250 miles from your home. Immediate family members are defined as spouse, children, parents, brothers, sisters, grandparents and spouse's immediate family (in-laws). Store Managers and Assistant Store Managers may be granted up to two paid days off for the death of an aunt/uncle, niece/nephew or great grandparent. Associates may be asked to submit proof of relationship, death, and/or funeral service attendance prior to receiving bereavement pay.

**Jury Duty**

Eligible managers will be paid jury duty pay, if they are required to serve on a jury or appear in court on a day they are scheduled to work. If you are summoned to appear in court, present the summons or court order to your Supervisor. Managers will then be excused from work without negative effect on their position or pay upon returning to work. A manager may be scheduled to work around the time he or she has been summoned for jury duty. Required court appearances for personal reasons or subpoenas (traffic, divorce, etc.) are not payable under the Company's jury duty pay policy.

**Emergency Store Closing**

When a store is forced to close due to severe weather or similar emergencies, hourly managers will be paid for scheduled hours that could not be worked or rescheduled for another day during the week due to the store closure.

---

| BENEFITS FOR MANAGERS WITH WAITING PERIODS |
| --- |

**All managers, including Store Managers Store Manager Designates and Assistant Store Managers are eligible for the following benefits upon completion of the required waiting period since their date of hire or promotion to the manager position. The information presented here is for information only, and the benefits described here are set forth in more detail in the plan documents and summary plan description. In the event of any conflict of such information, the plan documents govern. Contact the Benefits Department at  866-637-4387 or e-mail Benefits@Gamestop.com for additional information regarding our listed benefits.**

**Flexible Spending Accounts**

To help offset manager health and dependent care costs, Flexible Spending Accounts provide a means to pay for these out-of-pocket expenses with pre-tax dollars. Eligible managers can have pre-tax money deducted from each paycheck to pay for any medical, dental, vision and prescription expenses not covered by the health insurance plan. Other eligible expenses for reimbursement throughout the plan year are co-pay amounts, deductibles and over-the-counter medications from the health insurance plan and eligible Daycare expenses.

31



Flexible Spending Accounts are available to managers upon becoming eligible for health insurance coverage. Managers will receive enrollment information when they are eligible along with the health plan information. In a full plan year, a manager will be able to contribute up to $4,000 to the account for medical expenses and $5,000 for dependent care expenses. Once enrolled, managers cannot make any changes, except if a change in family status occurs. Managers who do not enroll in the plan upon becoming eligible will not be able to enroll in the plan until the next Annual Open Enrollment period in May. Managers have 120 days after the plan year ends on June 30 to submit charges for reimbursement or flexible spending account contributions will be forfeited.

## Vacation

GameStop provides 1 week Company-paid vacation for managers (Store Managers and Assistant Managers) following 6 months in a manager level position and additional vacation at the beginning of each plan year thereafter.

### Vacation Eligibility Date

Vacation time is based on length of service in a vacation-eligible position and is determined by the manager's benefits eligibility date. The manager's benefits eligibility date will determine when a manager first receives vacation. It is equal to either their:

- Date of promotion to the manager position or;
- Date of hire into the manager position

### Vacation Schedule

Eligible managers may take vacation with pay based on their benefits eligibility date and the following vacation schedule as of the first day of the plan year in June:



| Completed time in Benefits Eligible Position | Vacation Eligible Start of Plan Year | Weekly Vacation Accrual Rate |
|---|---|---|
| 6 months – 4 years | 2 weeks (10 days/80 hours) | 1.54 hours |
| 5 – 9 years | 3 weeks (15 days/120 hrs.) | 2.31 hours |
| 10 + years | 4 weeks (20 days/160 hrs.) | 3.08 hours |

Managers who have not completed 6 months of employment in an eligible position are not eligible to utilize vacation time. Instead managers will receive vacation hours accrued following 6 months in the position. Managers within their first year will also accrue additional vacation time starting from their 6-month date through the end of the plan year.

### Vacation Guidelines

- Vacation time is earned proportionately (accrued) throughout each plan year.
- Managers are permitted to take vacation time in excess of what has been accrued during the vacation plan year, up to their plan year maximum accrual.
- Vacation requests should be made to the manager's direct supervisor at least one month in advance of the desired vacation dates.
- Requests for vacation are not granted during the November and December holiday season.
- Hourly managers will be paid 8 hours for each vacation day or a maximum of 40 hours in a week.

32

8/18/2009  9:03:34 AM



- All available vacation time for the 12-month period must be taken by the end of the plan year in June  or it will be forfeited, except when state law does not allow.
- Vacation does not accumulate from one vacation period to the next and may not be taken in lieu of a 2-week notice.
- Managers will not be paid out for unused vacation that is not taken by the end of each vacation year.
- Vacation must be taken in 4 (half day) or 8 (full day) hour increments

Vacation Payout

Subject to state law, managers who leave the Company will be paid for unused accrued vacation only if they:

- voluntarily resign their employment and give a minimum 2-week notice to their manager
- are terminated for poor performance
- are laid off due to a store closing
- are assigned to a non-vacation eligible part-time position.

Managers who resign their position without giving a minimum 2-week notice or whose employment is terminated by reason of violation of Company policy, gross misconduct or theft, will not be paid for unused accrued vacation, except where required by state law.



Sick Days

GameStop provides eligible managers paid Sick Days that may be taken when the manager is unable to work due to his or her own personal illness or injury.  Managers will be paid sick pay for any scheduled hours missed due to their illness.  Manager positions are eligible for paid sick days  following 90 days of employment or 90 days in the manager level position.  Newly eligible managers will accrue 0.92 hours of sick time each full week from their position eligibility date up to the end of the plan year in June. Sick time available will vary based on the manager's eligibility date.

Managers who have completed 90 days or more as of the beginning of the plan year in June, will be eligible for 6 paid sick days (48 hours) during the plan year.

Sick Day Guidelines

- Unused Sick Days will not be carried over past the end of the plan year.
- Sick Days may not be paid out in lieu of taking a day off or an absence.
- Unused Sick Days have no cash value and will not be paid out upon termination of employment.
- Paid sick days are considered absences unless they are pre-approved with medical documentation.
- Sick Days may not be paid out during the 2-week notice period without proper medical documentation.
- Sick time may be taken in full hour increments

33



**Personal Days**

GameStop provides managers paid Personal Days to take time off deemed important for their own personal circumstances or to observe certain religious and/or personal holidays not officially observed by the Company.  Newly eligible managers will accrue personal time at the rate of 0.32 hours each full week from their position eligibility date up to the end of the plan year in June. Personal time available will vary based on the manager's eligibility date.

Eligible GameStop managers  who have completed 3 months or more will receive two paid Personal Days at the beginning of each plan year in June.

Personal Day Guidelines
- Hourly managers will be paid 8 hours for a Personal Day.
- Personal Days must be approved in advance.
- Managers may not receive pay in lieu of taking a Personal Day.
- Personal Days must be taken by June 30th of each year and unused Personal Days do not carry over from one 12-month period to the next, except where required by state law to carry over.
- Personal Days are not paid out upon termination of employment, except where required by state law, and may not be paid out during the 2-week notice period.
- Personal Days must be taken in 4 (half day) or 8 (full day) hour increments.

**Short Term Disability**

Short-term disability (STD) is Company paid for up to 120 days and provides eligible managers with continuation of pay during periods of absence due to illness, injury or hospitalization.  Managers will become eligible for STD benefits following twelve months of continuous employment in a manager level position.  An associate can contact CIGNA at 866-384-3427 to initiate a claim and also receive further information regarding pay while out on short-term disability.

Except in cases of injury or other medical emergencies, managers requesting STD medical leave must provide their manager at least 30 days advance written notice of their intent to take a medical leave.  Whenever possible, planned medical treatment must be scheduled so that it does not unduly disrupt business operations. Prior to returning to work, the managers must provide written medical certification from his/her health care provider releasing the associate to return to work.  If a full-time manager is unable to return to work following 120 days of continuous Short-term Disability, the manager will need to apply for benefits though our Long-term
Disability insurance carrier.  Managers who are not eligible for Short-term Disability benefits and are not eligible for Family Medical Leave are granted an eight week personal leave of absence.

**Long-Term Disability**

Following 90 days of continuous employment, manager level positions  are automatically enrolled and eligible for Company paid Long-term Disability (LTD) insurance coverage.  LTD coverage will provide managers with continued income benefits following 120 consecutive days of disability.  The insurance plan will pay 60% of the manager's basic monthly earnings for the period of disability up to the age of 65.

34

8/18/2009  9:03:33 AM



## Tuition Assistance

To pursue professional growth and development, managers are eligible for tuition assistance for pre-approved job related courses from an accredited college or university. Managers become eligible following the completion of 12 months in the full-time position. Tuition Assistance will reimburse managers up to $2,500 per calendar year for undergraduate tuition, and up to $5,000 per calendar year for graduate level tuition upon successful completion of the course. Eligible managers must still be employed in a management position when the class ends.

| LEAVES OF ABSENCE |
| --- |

## Personal Leave of Absence

Managers and Senior Game Advisor, who have successfully completed three months of active, continuous employment, are eligible to request unpaid personal leave for up to a maximum of eight (8) weeks in any rolling 12-month period. Associates may apply for a personal leave for compelling personal or medical reasons, and is intended to provide leave to those associates who have not yet met the FMLA or Short-Term disability requirement of being employed for one year, and who may need a leave in the event of a qualified personal illness. Personal leaves may not be used to extend any other approved leave.



Associates must submit a written request to their manager with as much advance notice as possible, preferably 30 days prior to the start of the requested leave period. Requests will be reviewed and are subject to approval based on the associate's own serious health condition and/or compelling personal reasons, as well as business needs and the associate's position and record. Associates on an approved personal leave of absence are not guaranteed reinstatement to the same position in the same store.

Personal leaves should be coordinated with the GameStop Benefits department.

## Administrative Leave

Associates who are unable to return to work upon the expiration of an approved leave of absence due to Short-Term disability or FMLA are placed on administrative leave. If the original approved leave is taken in consecutive months, administrative leave is offered for up to one month following the expiration of the approved leave.

Should an associate return to GameStop within the administrative leave period, service credit would be awarded for group health plan, PTO, and 401k eligibility. Vacation eligibility for the year in which an associate returns to work will be prorated.

If an associate is unable to return to active employment following administrative leave, then termination of employment will occur. Upon termination following an Administrative Leave, group benefits cease and COBRA eligibility begins; PTO (paid time off) accumulations cease, associate discount privileges cease, all Company property must be returned and all access to Company information is removed.

35

A position is not held or guaranteed for an associate on administrative leave, and associates may be laid off due to store closing, lack of hours due to business decline, or reorganization resulting in position elimination.  However, should the associate's doctor indicate that they are able to return to work prior to the end of the one month period, associates are encouraged to apply for any open positions for which they are qualified.

Engaging in other employment while on administrative leave or failure to return to work within the administrative leave period will result in termination.

### Family and Medical Leave of Absence

Associates who have completed at least 12 months of continuous employment and worked a minimum of 1,250 hours worked during the previous 12 months, and work at a site where 50 or more employees are employed within a 75-mile radius, are eligible for up to 12 work weeks of family and medical leave in accordance with the Family and Medical Leave Act of 1993 (FMLA).  Associates may request an unpaid family leave of up to 12 weeks for:

- the care of a newborn child (up to 12 months of age), adoption of a child (up to age 18), or placement of a foster child in the associate's home
- the care for a family member (spouse, child, or parent) who has a serious health condition
- the associate's own serious health condition
- a qualifying exigency arising out of the fact that the associate's spouse, child or parent is on active duty or has been notified of an impending call to active duty status in the Armed Forces in support of a contingency operation

The amount of leave time will be calculated by using the "rolling period" method.  This means that the amount of leave remaining will be 12 weeks less the amount of FMLA leave that the associate has taken in the previous 12 months from the date an associate begins the FMLA leave.  Intermittent leaves for serious health conditions may be approved in situations where leave is necessary on a part-time basis.  Documentation by a healthcare provider will be required for all requests for health-related leave under this policy.

When applicable, any other leave accorded by Company policy, including vacation, personal days, sick-time, administrative leave, absence due to an on-the-job injury, or personal leaves of absence, will run concurrently with the FMLA leave and will be included in the calculation of the 12-week family and medical leave.

Associates are required to use all accrued paid time off hours (vacation, personal, sick) concurrent with approved FMLA.   Associates are responsible for continuing contributions to health plans, flexible spending accounts and supplemental life insurance, if enrolled, for the duration of the authorized leave. Failure to do so will result in coverage cancellation.

Requests for FMLA leave must be submitted in writing to the associate's  Store Manager at least thirty (30) days before the leave is to commence, or as soon as possible.   Associates requesting FMLA leave should provide CIGNA with the

8/18/2009   9:03:33 AM

appropriate medical certification to support the request. CIGNA will determine eligibility and all other terms and conditions of the FMLA. An associate can contact CIGNA at 866-384-3427.

An FMLA eligible associate timely returning from an FMLA leave will be reinstated to his/her previous position or to an equivalent position with equivalent benefits, pay and terms and conditions of employment. Eligible associates returning from an FMLA medical leave may be required to submit a medical certification that they are able to return to work. However, an eligible associate has no greater right to reinstatement than if the associate had been continuously employed rather than on leave. If an associate returning from any type of medical leave is unable to perform the essential functions of the job because of a physical or mental disability, the Company will provide, upon request, a reasonable accommodation as is required by the Americans with Disabilities Act. In addition, certain states have different requirements and benefits for family or medical leave. Contact the Benefits Department regarding the law in your state.

Leave for Service Members' Families
The Family and Medical Leave Act also provides additional leave time for the care of family members who served in the armed forces. Under the FMLA, an eligible associate may take up to 26 weeks of FMLA leave to care for a spouse, son, daughter, parent or next of kin who is a member of the Armed Forces, including a member of the National Guard or Reserves, and who is:

- undergoing medical treatment, recuperation, or therapy for a serious injury or illness sustained in the line of duty while on active duty
- in outpatient status or on the temporary disability retired list for a serious injury or illness sustained in the line of duty while on active duty

The 26 weeks of leave to care for an injured or ill service member is a one-time entitlement that is only available during a single 12-month period during which an eligible associate is entitled to a combined total of 26 weeks of all types of FMLA leave. The 26 weeks of leave may be taken intermittently or on a reduced leave schedule, but only if it is medically necessary. Documentation by a healthcare provider will be required for all requests for leave under this policy.

**Military Leave**
Any associate who needs to take leave from work to serve in the Uniformed Services must provide notice to his or her manager as far in advance as is possible. However, no notice is required where giving notice is prevented by military necessity or otherwise impossible or unreasonable under the circumstances. Although the notice need not be in writing, GameStop encourages employees to submit requests for military leave in writing so there is no inadvertent miscommunications between GameStop and the associate. In accordance with the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), and any other applicable state or federal law, military leave will be granted for qualified service in the Uniformed Services, which may include the service an associate performs in the armed services while on active duty, reserve duty, training exercises, etc.

37

An associate who takes time off work to serve in the Uniformed Services may elect to use his or her accrued but unused vacation, but the associate need not do so. The choice of whether to use vacation during such leave rests entirely with the associate. If the military leave is for reserve summer training camp, annual encampment or routine training duty in the armed services – which most typically includes service in the Reserves or National Guard- then all benefits and length of service continue on an uninterrupted basis. The associate is responsible for continuing to pay any normal insurance premium contributions, and the associate is entitled to holiday pay for any Company-designated holiday occurring during the absence.

If the military leave is for an extended period of service, the associate will be treated as if he or she is on leave of absence. In this status, the associate will be given any non-seniority rights and benefits that are required by the USERRA. Additionally, an associate in this status is eligible to continue health insurance benefits for the associate and his or her dependents for a period of time that is the lesser of: (1) a period of two years that begins on the date the associate's absence begins, or (2) the period beginning on the date the associate's absence begins and ending on the date the associate fails to return from service in the Uniformed Services or fails to apply for

re-employment. Generally, associates have certain rights to reemployment following a leave for qualified service in the Uniformed Services. Associates returning from military service must make a timely request for re-employment in order to qualify for reinstatement or re-employment. Re-employment of an associate on military leave will be in accordance with the Federal USERRA law or applicable state law. Associates who are rehired or reinstated following qualified service in the Uniformed Services are rehired without loss of length-of-service credits. Also upon being rehired, such associates' benefits and pay will be computed based upon uninterrupted length of service when required by USERRA

Because USERRA is detailed, comprehensive, and complex, you should contact the Benefits Department regarding your rights and responsibilities under the USERRA.

## STANDARDS OF CONDUCT

### Business Ethics
The Company's successful business and reputation is built on the principles of fair dealings and ethical conduct of our associates. Every associate is expected to adhere to the highest standards of personal and professional integrity and to avoid any situation that might reflect negatively on that individual or upon the Company. Our reputation for integrity and excellence requires compliance with applicable laws and regulations in all aspects of conducting our business. The Company will not tolerate any associate who achieves results by being involved in dishonest or unscrupulous business practices, or who violates the law or jeopardizes the Company's reputation.

### Inappropriate Conduct
The nature of the work environment has a direct effect on job performance. It is important that the safety and rights of all associates be protected. Certain standards of conduct based on generally accepted behavior, common sense, and the needs of our

business have been established to apply to all store associates.  Failure to comply with these standards or failure to maintain satisfactory job performance will result in performance coaching, which may range from a verbal coaching discussion to termination of employment.

The following are examples of conduct, which may result in final warning up to and including termination of employment:

- Theft of or complicity in theft, vandalism, conclusive evidence of dishonesty, or unauthorized removal of Company property or the property of others from Company premises.

- Unauthorized use of Company facilities, services, equipment or resources, including unauthorized long distance or toll calls using store phones or the DSL data network.

- Violation of the Company's associate or Edge Card discount policies and procedures, including ringing up your own purchase/transaction, using another customer's edge card to issue a customer discount or  issuing any additional customer discount without appropriate management approval.

- Violation of the Company's Equal Employment Opportunity or harassment policies.

- Cashing personal checks, checks of another associate, credit card transactions for cash or making loans to one's self or associates from register funds or petty cash.

- Physical violence, fighting, or verbal or physical intimidation or harassment of fellow associates or customers.  Extreme rudeness or discourtesy to a customer or co-worker.

- Violation of the Company's solicitation policy.  Includes purchasing products from, or selling personal merchandise directly to customer.

- Violation of the Company's policy covering other employment/conflict of interest.  Includes selling products purchased or obtained from store on Internet site for a profit.

- Illegal activities while at work, on Company premises, or while conducting Company business, including gambling.

- Possession, sale, use, transfer of alcohol or drugs on Company premises, or reporting to work under the influence of alcohol or drugs, including during breaks and meal periods.  Includes violation of drug screening policy within new hire period.

- Possession of firearms, explosives or any lethal weapon while on Company premises, during Company sponsored functions or while conducting Company business.

39

- Possession/concealment of merchandise sold by the Company without a valid receipt or which has not been properly "checked out."

- Falsification of any Company document, record or reason for absence/late arrival, whether paper, electronic. Includes the application for employment, refund log, customer reservations, Game Planner, subscriptions, trade-in credits and merchandise checkout card. Also includes the misrepresentation of time worked for self or another associate, or violation of other time recording policies or procedures.

- Unauthorized copying or distribution of software, DVDs, modifying game systems to play copied software or assisting others to do so. Includes possession of unauthorized software copies and tampering with the Company's computer system/network/hardware.

- Release of confidential information, including contents of personnel files, wages, Company finances, personal customer information, including credit card information and providing any store sales information to outside parties. This includes unauthorized dissemination, distribution or use of supervisors' POS codes or store keys.

- Leaving store premises during work time without permission of your Store Manager or supervisor or a supervisor leaving store premises during business hours without another supervisor present.

- Negligence, carelessness or recklessness resulting in a loss to the Company including contributing to the injury of any person or damage to Company property. Includes having knowledge of associate theft, fraud or other store loss and not reporting it to management.

- Obstructing, impeding, or failing to comply/cooperate with a Company investigation, including inspection of personal belongings. Deliberately obstructing or interfering with work output or the performance of any task before the end of the work shift.

- Conviction of any felony or crime or any other conduct or behavior which can be reasonably construed to indicate that continued employment would constitute a threat or hazard to fellow associates, customers, the Company, its property or its reputation.

- Conduct that is considered detrimental to the operation of the business. This includes dishonesty, unprofessional behavior or cheating.

- Job abandonment. Walking off the job or having absences for 2 consecutive scheduled days and not contacting a supervisor or reporting to work.

- Use of Company computer system for any purpose that is not job-related, including any harassing or discriminatory activity.



40

- Insubordination, refusal to perform work as directed by a supervisor or the willful disregard of supervisor or Company directives. This includes, selling a new release prior to the official street date.

  Allowing visitors in the backroom or in the store during non-business hours. Includes allowing associates to remain in store or entering store before or after regularly scheduled hours without management approval.
- Posting confidential Company information, unauthorized pictures or making false or disparaging remarks about the Company, its policies or any associates on the Internet or social media site.
- Breaking vendor street dates without prior approval from the Store Support Center.
- Violation of the ESRB or Trade-In policies.

Please note that this list is not all-inclusive. There may exist additional types of conduct serious enough to warrant immediate performance coaching up to and including termination of employment.

| ENDING EMPLOYMENT |
| --- |

### Giving Notice
We realize that occasionally associates will resign to pursue other interests. It is accepted business practice and common courtesy to give your Store Manager a minimum of two weeks' notice of your resignation, so that a replacement can be found and our business is not unduly disrupted. Vacation-eligible managers must give a two-week notice in order to receive payment for any unused accrued vacation time unless otherwise required by state law. You will be required to work out the two-week notice period unless notified otherwise by your Store Manager or District Manager. Vacation or personal days may not be used in lieu of giving two-week notice. GameStop reserves the right to accept your resignation upon submission which may not be rescinded once accepted.

### Employment Verifications
GameStop uses The Work Number service for all employment and income verifications. The Work Number reduces the risk of providing erroneous or unauthorized information. Verifiers receive secured access to employment and/or income information. All requests for references, proof of employment and income verifications will be directed to the Work Number.
- The Work Number can be accessed via the web at www.theworknumber.com or by phone 1-800-367-5690.
- The verifier will need to be provided with the GameStop employer code of 12455
- The Work Number only provides date of hire, position and separation date, if applicable. There is a fee charged for verifiers to receive employment information.
- To provide proof of income, associates must create a salary key by contacting the Work Number either via the web or by phone. Once a salary key has been created the associate will provide the number to the verifier and direct them to the Work Number to receive income information.

41

Social service agencies should also be directed to the Work Number to receive employment and income information.   Government agencies may be provided additional requested employment information with a signed release to the Human Resources Department.   Personal information is not released to outside parties unless the associate has authorized the Company to provide such information.

## Personnel Records
Associate personnel files are the property of GameStop and are maintained by the Human Resources Department at the Store Support Center in Grapevine, Texas. Associates are only allowed access to their personnel file information when required by state law.  All requests for personnel file information must be forwarded to the Human Resources Department in writing.

## Final Pay
Final pay will be made in accordance with federal and state laws.  Some associates may be paid via a Paycard if state law requires final pay to be made prior to the next regular payday.   Before leaving, you must turn in any Company property and any product you have "checked out" according to GameStop's merchandise checkout policy.  The cost of any Company property or unreturned product will be deducted from your final pay, where allowed by law.

## Rehire Policy
Associates who formerly worked for GameStop are not guaranteed to be rehired, regardless of the reason they left the Company previously.  All prospective associates who wish to be rehired are required to complete another employment application, except for those who are reinstated within 30 days of their termination date.



## COBRA Information
Associates and their eligible dependents that participate in the Medical, Dental, Health Care Flexible Spending Account or the Part-time Insurance plans may be eligible to elect continued coverage at the full plan premium (which is higher than the portion of this premium which active associates pay, subject to a small administrative fee), when benefits cease or change as a result of a qualified event under the Consolidated Omnibus Budget Reconciliation Act (COBRA).  Eligible reasons to apply for continued coverage under COBRA include, among other reasons, loss of coverage due to separation of employment, change in work status, divorce and death. In accordance with COBRA, continued coverage is offered to eligible participants for up to 18 or 36 months, depending on the qualified event ad participation status.

A participant electing continued coverage is responsible for applying for coverage within 60 days of the Company's notification and he or she must remit the full plan premium(s) due within 45 days, and ongoing within 30 days on a monthly basis.  A description of your rights under COBRA is contained in the GameStop Welfare Plan Summary Plan Description.  I you have questions about COBRA or wish to request more information, please contact the Benefits Department at the Store Support Center.

8/18/2009  9:03:32 AM

This Handbook has been prepared to acquaint you with GameStop policies, practices and benefits. The Handbook is intended for general use and reference in a variety of store locations and states. If the applicable law in a particular location provides or imposes rights and/or obligations that are greater and/or different than a policy statement contained in this Handbook, then that law supersedes the policies outlined herein. Therefore, any policies in this Handbook that may be read as contrary to any such law shall be deemed modified to be made consistent with such laws.

The Company reserves the right to modify, suspend or eliminate any or all, or any part of, the policies, practices and benefits set forth in this Handbook, or in any other document, at any time, without prior notice, except for GameStop C.A.R.E.S. Rules for Dispute Resolution. You do not have, nor does this Handbook constitute, an employment contract, express or implied. Your employment is not confined to a fixed term and may be ended by either you or GameStop, Inc. at any time and for any reason. All terms and conditions of employment are subject to change without notice, other than GameStop C.A.R.E.S Rules for Dispute Resolution.

GameStop Corp, August 2009, All Rights Reserved

43

8/18/2009   9:03:32 AM

---

**GAMESTOP C.A.R.E.S. RULES OF DISPUTE RESOLUTION PROGRAM
INCLUDING ARBITRATION**

---

## Summary Description

It is our goal that your workplace disputes or claims be handled responsibly and on a prompt basis. In furtherance of this goal, GameStop has established an internal dispute resolution program, GameStop C.A.R.E.S. (Concerned Associates Reaching Equitable Solutions). GameStop C.A.R.E.S. has three steps:

**Step 1.** In Step 1, you are encouraged to take advantage of our Open Door policy and solve problems and disputes informally, through dialog with your supervisor, manager or Human Resources representative. If Step 1 does not resolve your problem to your satisfaction, you must follow the remaining steps of GameStop C.A.R.E.S. until you no longer wish to pursue the dispute, the problem is resolved or a decision is issued by an arbitrator.

**Step 2.** In Step 2, you may obtain review of your dispute through the services of the Human Resources Executive Review Officer (the "ERO"). The role of the ERO is to open lines of communication, review the issues involved and, if there is no mutually agreeable resolution, the ERO will make a decision and convey the decision to you. If your dispute is not resolved to your satisfaction in Step 2, and the issue is a Covered Claim, you must submit the Covered Claim to Step 3, Binding Arbitration, if you wish to pursue it further.

**Step 3.** In Step 3, the Covered Claim is submitted to a neutral arbitrator who will rule on the merits of your Covered Claim. However, once a Notice of Intent to Arbitrate is filed but before you proceed to arbitration, either you or GameStop may refer the dispute to nonbinding mediation. Nonbinding mediation is an attempt by the parties to resolve their dispute with the aid of a neutral third party not employed by GameStop. If nonbinding mediation does not resolve the dispute or if that option is not selected by either party, the arbitrator, following a hearing, will issue a decision that is final and binding on both you and GameStop.

The goal of GameStop C.A.R.E.S. is always to resolve workplace disputes or claims on a fair and prompt basis. GameStop C.A.R.E.S. does not change any substantive rights, but simply moves the venue for the dispute out of the courtroom and into arbitration. GameStop believes that GameStop C.A.R.E.S. will benefit employees and management alike by encouraging prompt, fair and cost-effective solutions to workplace issues.

## SCOPE OF GAMESTOP C.A.R.E.S.

GameStop C.A.R.E.S. covers all GameStop employees in the U.S. and Puerto Rico, including employees of GameStop, Inc., GameStop Texas, L.P. and Sunrise Publications, Inc. These GameStop C.A.R.E.S. Rules of Dispute Resolution (the "Rules") govern procedures for the resolution and arbitration of all workplace disputes or claims. The Rules are a mutual agreement to arbitrate Covered Claims (as defined below).

Rule   1

The Company and you agree that the procedures provided in these Rules will be the sole method used to resolve any Covered Claim as of the Effective Date of the Rules, regardless of when the dispute or claim arose. The Company and you agree to accept an arbitrator's award as the final, binding and exclusive determination of all Covered Claims. These Rules do not preclude any employee from filing a charge with a state, local or federal administrative agency such as the Equal Employment Opportunity Commission.

GameStop C.A.R.E.S. is an agreement to arbitrate pursuant to the Federal Arbitration Act, 9 U.S.C. Sections 1-14, or if that Act is held to be inapplicable for any reason, the arbitration law in the state of Texas will apply.   The parties acknowledge that the Company is engaged in transactions involving interstate commerce.

NO COVERED CLAIM MAY BE INITIATED OR MAINTAINED ON A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION BASIS EITHER IN COURT OR UNDER THESE RULES, INCLUDING IN ARBITRATION.   ANY COVERED CLAIM PURPORTING TO BE BROUGHT AS A CLASS ACTION, COLLECTIVE ACTION OR REPRESENTATIVE ACTION WILL BE DECIDED UNDER THESE RULES AS AN INDIVIDUAL CLAIM.  THE EXCLUSIVE PROCEDURE FOR THE RESOLUTION OF ALL CLAIMS THAT MAY OTHERWISE BE BROUGHT ON A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION BASIS, WHETHER PARTICIPATION IS ON AN OPT-IN OR OPT-OUT BASIS, IS THROUGH THESE RULES, INCLUDING FINAL AND BINDING ARBITRATION, ON AN INDIVIDUAL BASIS.  A PERSON COVERED BY THESE RULES MAY NOT PARTICIPATE AS A CLASS OR COLLECTIVE ACTION REPRESENTATIVE OR A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION MEMBER OR BE ENTITLED TO A RECOVERY FROM A CLASS, COLLECTIVE OR REPRESENTATIVE ACTION.  ANY ISSUE CONCERNING THE VALIDITY OF THIS CLASS ACTION, COLLECTIVE ACTION AND REPRESENTATIVE ACTION WAIVER MUST BE DECIDED BY A COURT, AND AN ARBITRATOR DOES NOT HAVE AUTHORITY TO CONSIDER THE ISSUE OF THE VALIDITY OF THIS WAIVER.  IF FOR ANY REASON THIS CLASS, COLLECTIVE AND REPRESENTATIVE ACTION WAIVER IS FOUND TO BE UNENFORCEABLE, THE CLASS, COLLECTIVE OR REPRESENTATIVE CLAIM MAY ONLY BE HEARD IN COURT AND MAY NOT BE ARBITRATED UNDER THESE RULES.   AN ARBITRATOR APPOINTED UNDER THESE RULES SHALL NOT CONDUCT A CLASS, OR COLLECTIVE OR REPRESENTATIVE ACTION ARBITRATION AND SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE OF OTHERS IN AN ARBITRATION CONDUCTED UNDER THESE RULES.

If any court of competent jurisdiction declares that any part of GameStop C.A.R.E.S., including these Rules, is invalid, illegal or unenforceable (other than as noted for the class action, collective action and representative action waiver above), such declaration will not effect the legality, validity or enforceability of the remaining parts, and each provision of GameStop C.A.R.E.S. will be valid, legal and enforceable to the fullest extent permitted by law.

Rule   2

Nothing in these Rules changes or in any manner modifies the parties' employment relationship of employment-at-will; that is, the parties can each end the relationship at any time for any reason with or without cause. The Arbitrator has no authority to alter the at-will nature of your employment.

Nothing in these Rules shall prevent either party from seeking injunctive relief from any court of competent jurisdiction in aid of arbitration or to maintain the status quo pending arbitration. Additionally, these Rules do not prevent immediate and temporary injunctive relief in court to prevent violation of contractual non-compete or non-solicitation agreements, or the use or disclosure of trade secrets or confidential information in advance of the arbitration.

GameStop may from time to time modify or discontinue GameStop C.A.R.E.S. by giving covered employees thirty (30) calendar days notice; however, any such modification or rescission shall be applied prospectively only. An employee shall complete the processing of any dispute pending in GameStop C.A.R.E.S. at the time of an announced change, under the terms of the procedure as it existed when the dispute was initially submitted to GameStop C.A.R.E.S.

**What is a Covered Claim?**
Arbitration applies to any "Covered Claim" whether arising before or after the Effective Date of the Rules. A Covered Claim is any claim asserting the violation or infringement of a legally protected right, whether based on statutory or common law, brought by an existing or former employee or job applicant, arising out of or in any way relating to the employee's employment, the terms or conditions of employment, or an application for employment, including the denial of employment, unless specifically excluded as noted in "What is Not a Covered Claim" below. Covered Claims include:

- Discrimination or harassment on the basis of race, sex, religion, national origin, age, disability or other unlawful basis (for example, in some jurisdictions protected categories include sexual orientation, familial status, etc.).

- Retaliation for complaining about discrimination or harassment.

- Violations of any common law or constitutional provision, federal, state, county, municipal or other governmental statute, ordinance, regulation or public policy relating to workplace health and safety, voting, state service letters, minimum wage and overtime, pay days, holiday pay, vacation pay, severance/separation pay, payment at termination.

- Violations of any common law or other constitutional provision, federal, state, county, municipal or other governmental statute, ordinance, regulation or public policy. The following list reflects examples of some, but not all such laws. This list is not intended to be all inclusive but simply representative: Consolidated Omnibus Budget Reconciliation Act (COBRA), Davis Bacon Act, Drug Free Workplace Act of 1988, Electronic Communications Privacy Act of 1986, Employee Polygraph Protection Act of 1988, Fair Credit Reporting Act, Fair Labor Standards Act, Family

Rule   3

and Medical Leave Act of 1993, Federal Omnibus Crime Control and Safe Streets Act of 1968, The Hate Crimes Prevention Act of 1999, The Occupational Safety and Health Act, Omnibus Transportation Employee Testing Act of 1991, Privacy Act of 1993, Portal to Portal Act, The Taft-Hartley Act, Veterans Reemployment Rights Act, Worker Adjustment and Retraining Notification Act (WARN).

- Personal injuries except those covered by workers' compensation or those covered by an employee welfare benefit plan, pension plan or retirement plan which are subject to the Employee Retirement Income Security Act of 1974 (ERISA) other than claims for breach of fiduciary duty (which shall be arbitrable).

- Retaliation for filing a protected claim for benefits (such as workers' compensation) or exercising your protected rights under any statute.

- Breach of any express or implied contract, breach of a covenant of good faith and fair dealing, and claims of wrongful termination or constructive discharge.

- Exceptions to the employment-at-will doctrine under applicable law.

- Breach of any common law duty of loyalty, or its equivalent.

- Claims to remedy violation of contractual non-compete or non-solicitation agreements, or the use or disclosure of trade secrets or confidential information (as noted above, these Rules do not prevent either party from seeking immediate and temporary injunctive relief in court in connection with violation of contractual non-compete or non-solicitation agreements or the use or disclosure of trade secrets or confidential information).

- Any common law claim, including but not limited to defamation, tortuous interference, intentional infliction of emotional distress or "whistle blowing".

<u>**What is not a Covered Claim?**</u>
- Claims for workers' compensation benefits, except for claims of retaliation.

- Claims for benefits under a written employee pension or welfare benefit plan, including claims covered under ERISA.

- Claims for unemployment compensation benefits.

- Criminal charges.

- Matters within the jurisdiction of the National Labor Relations Board.

Rule   4



## GAMESTOP C.A.R.E.S. PROCEDURES

Any Covered Claim between the Company and you must be resolved through the procedures described in the following steps.

### STEP 1:  Open Door Policy

If you have a workplace dispute or claim arising out of or in any way related with your employment or application for employment with the Company, you may, but do not have to, begin the dispute resolution process by reviewing the dispute with your supervisor.   GameStop encourages employees to initiate the discussion of all workplace issues with their supervisor in an open and frank discussion of the situation. You are free to contact and involve your Human Resource representative at this stage as well.  Most all workplace issues are usually resolved in this manner.  Applicants should contact the Human Resources representative for the location where they applied.

### STEP 2:  Internal Review

If you have a workplace dispute or claim arising out of or in any way related with your employment or application for employment with the Company and Step 1, which is optional, did not resolve it, you must proceed through the resolution process of GameStop C.A.R.E.S. by requesting Internal Review.  Step 2 Internal Review is a mandatory step prior to arbitration of a Covered Claim.  To request Internal Review, you must:

1.      **Complete an Internal Review Request Form** (A copy of the form is attached to these Rules).  Alternatively, you may include the following information in a letter:

- A description of the dispute, issue or claim.
- Your name, work location or store number and contact information.
- Your desired resolution of the dispute issue or claim.
- Your signature.

**The description of the dispute, issue or claim should allow the GameStop C.A.R.E.S. ERO to have a clear understanding of the dispute.**

2.      **Return the completed form to the ERO by mailing or faxing it to:** **GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas  76051; fax (817) 424-2800.**

The ERO may contact you for more information about the nature of the dispute and the factual background.  The ERO will conduct an appropriate investigation and a review of the issues involved.  Following this review, the ERO may attempt to find a mutually agreeable resolution.  If the dispute is not resolved by agreement, the ERO will make a decision and notify you in writing.

You should receive the ERO's decision within 30 days of the date the Internal Review Request form was received.  For Covered Claims, if no decision is received within 30 days or if the dispute is not resolved to your satisfaction in Step 2, you must submit the

ip54541 GameStop SA Handbook.indd   15          Process Black

Covered Claim to Step 3, Binding Arbitration, if you wish to pursue it further. For all other claims, the decision from Step 2, Internal Review, is final for purposes of the GameStop C.A.R.E.S. dispute resolution procedure.

### Deadline for Filing Request for Internal Review

The Internal Review Request Form must be received by the ERO within the time period allowed by law applicable to the Covered Claim at issue. This is commonly referred to as a statute of limitations and is the period of time that is provided by law for bringing a claim.

### Charges Filed with the EEOC or State Agency

Some Covered Claims are claims that may be filed with the Equal Employment Opportunity Commission (EEOC) or an equivalent state agency, such as a claim for discrimination or harassment. For these Covered Claims, you may either file a complaint with these agencies or proceed to use GameStop C.A.R.E.S. If you choose to proceed directly to the GameStop C.A.R.E.S. steps of internal review and arbitration, you will be asked to sign a voluntary waiver of the right to file charges with an agency. If you file a charge with the EEOC or equivalent state agency, you must file such a claim within the time period permitted by law after the date the alleged event occurred. The agency which receives the claim then has the right under applicable law to investigate the claim. Once this investigation has been completed, the agency will make a determination. The agency may determine that there is not cause to believe that a law was violated and will issue to you a document known as a "Notice of Right-to-Sue" letter. If the agency believes that there is cause to believe that a violation of law occurred, then the agency will proceed to see if the charge may be settled. If the charge is not settled, the agency may either sue the Company on your behalf or it will issue a "Notice of Right-to-Sue" letter. If you receive this "Notice of Right-to-Sue" letter, under either circumstance, you must resolve the dispute through Step 3 of the GameStop C.A.R.E.S. **You must initiate the arbitration process as described below within 95 days after the date on the "Notice of Right-to-Sue" letter.**

### STEP 3: ARBITRATION AND OPTIONAL NON-BINDING MEDIATION

If you are dissatisfied with the results of the Internal Review and the claim is a Covered Claim, you must initiate arbitration in order to pursue the matter further. You initiate arbitration by following the process below:

1.    **Complete the Notice of Intent to Arbitrate Form** (a copy of the form is attached to these Rules): Alternatively, you may include the following information in a letter:

- The nature of the dispute, the date the disputed act occurred and a summary of the factual and general legal basis for the claim.
- Your name, work location or store number and contact information.
- The remedy sought, or the desired resolution of the dispute.
- Your signature.

Rule  6

The nature of the claim must be specified so that all parties, including the arbitrator, have a clear understanding of the dispute.

2.       Submit one copy of the Notice of Intent to Arbitrate Form to the American Arbitration Association (the "AAA") along with a check made payable to the AAA in the amount of $125 (your share of the arbitration service cost) to the appropriate case management center of the AAA certified or registered mail, return receipt requested. The Company will pay to the AAA the balance of the arbitration fee.

If your state law does not allow for payment of a fee to access arbitration, the fee will be waived or, if you mistakenly send a fee payment, it will be refunded. The appropriate case management center of the AAA will be the case management center for the state in which you are located.  The contact information for the AAA case management center may be found on the AAA website at www.adr.org/Offices.

3.       Send one copy of the Notice of Intent to Arbitrate Form to the GameStop C.A.R.E.S. ERO in Grapevine, Texas.  Notice sent to any other location will not be effective until the date it is received by the GameStop C.A.R.E.S. ERO.  The address is: GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas  76051.

4.       Keep a copy of the Notice of Intent to Arbitrate Form.
The filing of the Notice of Intent to Arbitrate initiates the arbitration process. You have the responsibility to initiate the process if you are bringing any Covered Claim against the Company.  If you do not timely initiate Step 3, Notice of Intent to Arbitrate, as defined herein, you will forfeit the right to pursue the Covered Claim.  If your dispute with the Company is not a Covered Claim, you will be informed by the Company of this fact and the dispute will not proceed to arbitration.

The Company must initiate the arbitration process if it has a Covered Claim against an employee.   Covered Claims that the Company may have against you must be submitted to the AAA and the employee on a Notice of Intent to Arbitrate within the time period allowed by law applicable to the Covered Claim.  If the Company initiates the arbitration, the Company will pay the entire arbitration fee.

Deadline for Filing Notice of Intent to Arbitrate
Your Notice of Intent to Arbitrate should be submitted within thirty (30) calendar days of the date of the decision at Step 2, or within sixty (60) days of submitting the Request for Internal Review if no decision is received.  If you have pursued a claim with the EEOC or an equivalent state agency, you must file your Notice of Intent to Arbitrate within 95 days after the date on the "Notice of Right-to-Sue" letter.  The Notice of Intent to Arbitrate must be received within the time period allowed by law applicable to the Covered Claim at issue, just as the requirement applies if you were proceeding in court.  This is commonly referred to as a statute of limitations and is the period of time that is provided by law for bringing a claim.  If you do not timely initiate Step 3, Notice of Intent to Arbitrate, the right to pursue the Covered Claim and have the dispute heard by an arbitrator will be lost.

Rule  7

**Optional Mediation**

Once a Notice of Intent to Arbitrate is filed, but prior to the scheduling of the date for the arbitration hearing, either you or the Company may elect to submit the dispute to nonbinding mediation. If the Company initiates mediation, the Company will pay the entire cost of the mediation. Mediation is required only if you or the Company decides to pursue mediation. Mediation does not affect either party's right to arbitrate unless both parties agree to resolve the issue on a mutually agreeable basis at the mediation. The mediator does not have authority to decide the dispute. The mediator's role is to assist the parties to see if a mutually acceptable resolution may be found prior to proceeding to binding arbitration. If you, at your sole discretion, initiate mediation, you will be responsible for one-half of the cost of mediation as set out in the Mediation Procedures below. Notice of a desire to refer the dispute to mediation must be delivered in writing by the party initiating the mediation to the other party and to the AAA. After the date for the arbitration hearing is set, the dispute may be referred to mediation only if both parties agree to mediate and upon the allocation of the cost of such mediation.

Nonbinding mediation is an attempt by the parties to resolve their dispute with the aid of a neutral third party not employed by the Company. The mediator's role is advisory. The mediator may offer suggestions and question the parties, but resolution of the dispute rests with the parties themselves. Nonbinding mediation is a process that seeks to find common ground for the voluntary settlement of covered claims. Proceedings at the nonbinding mediation level are confidential and private.

The mediator may meet with the parties jointly or separately in order to facilitate settlement. While there is some variation among the methods of different mediators, most mediations begin with a joint meeting of both parties and the mediator. The mediator normally gives each party an opportunity to explain the dispute, including the reasons that support each party's position. The joint session is followed by private, confidential caucuses between the mediator and each party.

If you have questions about the mediation process or about the potential cost of mediation, please contact the AAA.

## MEDIATION AND ARBITRATION PROCEDURES

**Mediation Procedures**

1.      **Selection of a Mediator**. You and the Company will select a mediator by agreement from a list supplied by the AAA. Upon agreement, the Company will notify the AAA of the name of the selected mediator and the AAA will appoint the mediator. If you and the Company cannot agree to the selection of a mediator, the AAA will appoint a mediator in accordance with its procedures.

2.      **Qualifications of Mediators**.     In addition to not having any financial or personal interest in the result of the mediation, mediators shall have a minimum of five years' experience in the practice of employment law or in the mediation of employment claims or comparable experience.

Rule   8

**3.     Date, Time, and Place of Mediation.**     The parties may agree on a date, time and place for the mediation.  However, if the parties fail to agree before the appointment of the mediator, the mediator shall schedule the mediation on a normal business day during normal business hours, no later than 30 calendar days after the date of the mediator's appointment. Unless the parties agree otherwise, the mediation shall take place within 25 miles of the employee's work location.

**4.     Summary of Disputed Issues.**     At least 10 calendar days prior to the scheduled mediation, each party shall provide the mediator with a brief written summary of the dispute setting forth the party's position concerning all claims.

**5.     Attendees at Mediation.**  Either party may be assisted or represented by counsel.  You must notify the Company 14 days prior to the mediation whether you will have an attorney present.  The mediation shall be a private meeting of the parties and the mediator. Without the written agreement of both parties, no one may attend the mediation except the mediator, you, your attorney, and/or the Company's attorney and management personnel.

**6.     No Stenographic Record or Electronic Recording.** Neither    you,    the Company, nor anyone else may make a formal record or transcript, or use any electronic recording device at the mediation.   However, both parties may make handwritten notes during the mediation.

**7.     Costs and Fees.** If the Company has initiated the mediation, the Company will pay (1) any administrative fees charged by the AAA; (2) the mediator's fee and reasonable travel expenses; (3) the cost of renting mediation rooms; and (4) the employee's salary or hourly wage, if still employed by the Company, for the time spent at the mediation.  If you initiate mediation, you and the Company shall share equally the cost of (1), (2) and (3) and the Company shall be responsible for (4), unless you and the Company agree otherwise.  In either case, the parties shall each pay their own attorneys' fees if they elect to be represented.

**8.     Failed Mediation.**  If the parties are unable to resolve the dispute, the mediator shall give written notice to the AAA that the matter was not resolved and the matter will then proceed to arbitration.

**9.     Confidentiality.**  Unless the parties agree in writing otherwise, the mediation will be conducted on a confidential basis so as to encourage full and frank disclosure.  Any documents, settlement offers or proposals, and other information shared or exchanged as part of the mediation process will be kept confidential, will be used solely for the purpose of the mediation, and will not be admissible in any arbitration or other legal proceeding.

Rule   9



**Arbitration Procedures**

1.    **Selection and Appointment of the Arbitrator.**  You and the Company will receive a list of seven neutral arbitrators from the AAA who have expertise in employment law and are licensed to practice law.  The AAA, to the extent possible, will provide lists which include a diverse group of arbitrators.

You and the Company will choose an arbitrator from the list sent by the AAA by using the alternative strike process.  If the first list is not acceptable, you or the Company can request a second and then a third list.  If either party wishes to reject the first or second list, they must notify the other party or the AAA within 10 days of the date the list was mailed or they waive the right of rejection.  If the first two lists are rejected, an arbitrator must be selected from the third and final list.

Whichever list is used, the parties will select the arbitrator by exercising alternating strikes with the party requesting arbitration striking first until only one arbitrator remains on the list.  This remaining arbitrator will be the arbitrator selected to hear the dispute.  If either party fails or refuses to exercise its strikes, the other party selects the arbitrator.

The alternative strike selection process must be completed within 15 days of the date the date the list was mailed to the parties, unless the parties mutually agree to extend the time period.  The alternative strike process shall be done in a telephone conference between the parties and the AAA administrator.  Immediately after an arbitrator is selected, the AAA shall notify the selected arbitrator of the appointment.

The arbitrator cannot have any personal or financial interest in the dispute.  Before accepting the appointment, the arbitrator will be required to disclose to the AAA any information which may prevent a prompt hearing or create an appearance of bias.  If any such information is presented to the AAA, the AAA will communicate that information to you and the Company.  Depending on the response of the parties, the AAA may disqualify that person.

If the selected individual elects not to serve, is disqualified or is unable to serve, another list of seven arbitrators will be provided.  You and the Company will then select an arbitrator from a new list supplied by the AAA using the alternate striking process as described above.

2.    **Representation.**  Both parties may be represented by counsel or may choose to represent themselves.

3.    **Date, Time and Place of the Hearing.**  The arbitrator sets the date, time and place of the hearing.  Unless the parties agree otherwise, the arbitration shall take place within 25 miles of your work location.

For any arbitration or preliminary hearing on the merits of the dispute, the arbitrator will give the parties at least 30 days advance notice, unless the parties and the arbitrator agree to less notice. The arbitrator decides the amount of notice to be given for preliminary hearings on matters not related to the merits of the dispute.

4.    **Conferences.** The arbitrator may either initiate or decide upon the request of a party to hold conferences in advance of the hearing. These conferences may be set by the arbitrator to be heard by telephone, in person or by written submission to discuss and decide any matter that will expedite the hearing, including:

- Clarification of issues.
- Determination of preliminary issues, including dispositive legal issues.
- Discovery.
- The time and location of hearings or conferences.
- Pre- or post-hearing memoranda.
- Stipulations.
- Encouraging settlements (offers to settle are not admissible and will be given no weight by the arbitrator).

5.    **Pre-Hearing Discovery.** Upon the request of the responding party, the arbitrator may require the initiating party to provide a more specific statement of claims so as to fairly apprise the other party of the facts and circumstances of the dispute, the individuals and dates involved, the legal claims, and the remedy sought.

Upon request to the arbitrator, the parties can require each other to:

- Provide relevant documents.
- Answer written questions.
- Ensure the attendance of and ask questions of witnesses relevant to the dispute (including any expert witnesses) under oath at depositions.

The parties are each entitled to know who the other's witnesses will be and to see all relevant documents before the arbitration hearing. Before the hearing, the arbitrator will require you and the Company to submit to each other in writing (by the dates selected by the arbitrator) the names and addresses of any witnesses to be called, documents to be presented and a list of all exhibits to be used at the hearing.

The arbitrator may decide the form, amount and frequency of discovery permitted before the hearing, giving due consideration to:

- The proof requirements imposed by the law on the party making the claim or defense.
- The parties' desire for a quick and cost effective alternative to courtroom litigation.
- Any other factors the arbitrator believes appropriate.

Rule   11

Pre-hearing discovery may take any form allowed by the Federal Rules of Civil Procedure, subject to any restrictions the arbitrator imposes to meet the objectives of the arbitration process.

6.      **Motions.**      The arbitrator may grant any motion permitted by the Federal Rules of Civil Procedure, including a motion to compel discovery, a motion to dismiss and/or a motion for summary judgment. In ruling on any such motion, the arbitrator will apply the standard governing such motions under the Federal Rules of Civil Procedure.

7.      **Attendance at Hearings.** The arbitrator will maintain the privacy of the arbitration hearings unless applicable law provides otherwise. The arbitrator shall determine any issue as to whether a person may attend. The arbitrator may exclude any person, other than you, your attorney, the Company representative(s), or the Company's attorney, during the testimony of any other witness.

8.      **Postponement.** The arbitrator may postpone any hearing or conference if either of the parties provides a good reason, or if the parties agree to postpone the hearing.

9.      **Oaths and Affirmations.** Before the first hearing, the arbitrator may take an oath of office and must do so if required by law. All witnesses shall testify under oath or by affirmation administered by a qualified person.

10.      **Hearing Procedures.** The arbitrator determines whether evidence is relevant, material and admissible. The Federal Rules of Evidence govern the rules of evidence for the arbitration (although strict conformity to legal rules is not necessary) and will be used to determine the admissibility of specific evidence. The arbitrator must apply the burden of proof the same way it would be assigned and applied by a court in litigation of a similar dispute. The arbitrator will conduct the hearing in the manner that will most quickly allow full presentation of the evidence and arguments. If the employee requests arbitration, the employee will ordinarily present their side first because the employee bears the overall burden of proof. However, the arbitrator can allow, or the parties can agree, to have witnesses or evidence presented out of sequence.

All arguments, statements and testimony made at any phase of the arbitration are privileged and will not become the basis for any defamation claim.

The arbitrator may proceed with the hearing if any party fails to be present or to obtain a postponement after due notice. The arbitrator may require any party who is present to submit evidence for the making of the award. The arbitrator may enter a default judgment if warranted against any party who fails to attend.

When the arbitrator is satisfied that the record is complete, he or she declares the hearing closed and records that declaration. The hearing may be reopened only by motion of a party on grounds that would support the granting of a new trial.

Rule   12

8/18/2009  9:03:29 AM

11.    **Post-Hearing Briefs.**   Upon request by either party at the close of the arbitration hearing, the parties may file post-hearing briefs.   The arbitrator will set the time for filing such briefs.

12.    **Waiver of Procedures.**   If the parties believe any of these procedures have not been followed, you must promptly object or you will waive your objection.

13.    **Service of Papers.**   Unless otherwise instructed by the AAA or by the arbitrator, any documents submitted by any party to the AAA or to the arbitrator shall simultaneously be provided to the other party or parties to the arbitration.

14.    **Communication with the Arbitrator.**   Personal communication between the arbitrator and only the employee or only the Company is not allowed.   Any motions, pleadings or oral or written communications from either party to the arbitrator must be in the presence of or copied to the other party, unless the parties agree otherwise.   The arbitrator will notify the parties of the mailing address to be used for submissions to the arbitrator.

15.    **Decision of the Arbitrator.**   The arbitrator will issue a written decision within 30 days from the later of: the closing of the hearing, the date of the last post hearing brief, or the closing of a reopened hearing, unless you and the Company agree otherwise.   The decision will be in writing and signed by the arbitrator in the form typically used in employment arbitrations.   The written decision will include the reasons for the decision (including findings of fact and conclusions of law) and the precise award or remedy granted, if any.   The results of the arbitration are confidential.   In all cases, the decision of the arbitrator is final and binding, subject to review only under circumstances permitted by applicable law.

16.    **Confidentiality.**   The parties will have access throughout the arbitration proceedings to information that may be sensitive to the other party.   Information disclosed by the parties or witnesses shall remain confidential.   All records, reports or other documents disclosed by either party shall be confidential.   The results of the arbitration, including any award, are confidential.

17.    **Interpretation and Application of these Rules.**   The arbitrator interprets and applies these Rules as they relate to the arbitrator's powers and duties.

18.    **Applicable Law and Arbitrator's Authority.**   Except where otherwise noted in these Rules, the arbitrator will apply the state or federal substantive law which would be applied by a United States District Court sitting where events giving rise to the claim took place.   The arbitrator has the authority to interpret and apply federal, state and/or local statutes and common law which govern your and the Company's respective claims and defenses.   The arbitrator does not have the authority to enlarge upon or add to, subtract from or disregard, or otherwise alter your or the Company's rights under such laws.

Rule   13

**19.   Optional Expenses and Refund of Fee.**  If the arbitrator finds totally in your favor, the Company will reimburse the $125 arbitration fee to you.  In addition to the arbitration fee, you may also have expenses which are your responsibility to pay, but only if you decide to incur the costs.  Examples include:

- Your own attorney fees, if you choose to have legal representation,
- Any costs for witnesses you decide to call (other than Company management witnesses),
- Any costs to produce evidence that you request, or
- A stenographic record of the proceedings.

If the arbitrator rules in your favor on a claim under which fees and costs can be granted under law, then the arbitrator has the same authority as a judge to award reasonable attorneys' fees and other costs to you.  Likewise, if the arbitrator rules in the Company's favor on a claim under which fees and costs can be granted under law, then the arbitrator has the same authority as a judge to award reasonable attorneys' fees and other costs to the Company.

## MISCELLANEOUS PROCEDURAL MATTERS.

- The arbitrator must interpret these Rules to secure a speedy and cost effective resolution of the arbitration.  The arbitrator has no authority to decide upon the validity of the class action, collective or representative action waiver.

- Unless these Rules provide otherwise, any arbitration will be conducted according to the most current Employment Dispute Resolution Procedures of the AAA.

- If there is a difference between these Rules and the AAA Employment Dispute Resolution Procedures, these Rules will apply.   The parties agree that the Company operates in interstate commerce.  Therefore, it is agreed that GameStop C.A.R.E.S. is an agreement to arbitrate pursuant to the Federal Arbitration Act, 9 U.S.C. Sections 1-14, or if that Act is held to be inapplicable for any reason, the arbitration law in the state of Texas will apply.

- Procedures not addressed by these Rules or the AAA Employment Dispute Resolution Procedures will be resolved by agreement of the parties.  If the parties are unable to agree, the procedural issue will be determined by the arbitrator.

- If there are conflicts between the requirements of GameStop C.A.R.E.S. and other Company publications or statements by Company representatives, the provisions of these Rules are controlling.    These Rules constitute the sole agreement between the Company and its employees concerning the requirements of GameStop C.A.R.E.S. and, except as provided in the Scope of GameStop C.A.R.E.S. section above, may not be modified by written or oral statements of any Company representative.

Rule  14

- Any procedural matters not addressed by these Rules, and on which the parties cannot agree, will be determined by the arbitrator. The arbitrator cannot, however, deviate from the requirements of these Rules, particularly those stated in the section on applicable law.

## CALIFORNIA EMPLOYEES

GameStop employees in California have the option to forgo the benefits of the GameStop C.A.R.E.S. Rules if they so choose. In order to opt out of the Rules, California employees must send notice to GameStop within sixty (60) days of the Effective Date of the program or, for employees hired after the Effective Date of the Rules, within sixty (60) days of the start of their employment, that they do not want to be covered by the Rules. Notice must be sent by certified mail to GameStop C.A.R.E.S. ERO, 625 Westport Parkway, Grapevine, Texas 76051.

## JUDICIAL PROCEEDINGS AND EXCLUSION OF LIABILITY.

- Neither the AAA nor any arbitrator is a necessary party in any judicial proceeding relating to the proceedings under these Rules.

- Neither the AAA nor any arbitrator will be liable to any party for any act or omission in connection with any arbitration within the scope of these Rules.

- You and the Company will be deemed to have consented that judgment upon the arbitration award may be entered and enforced in any federal or state court having jurisdiction.

- Initiation of, participation in, or removal of a legal proceeding does not constitute waiver of the right or obligation to arbitrate under these Rules.

## ENFORCEMENT.

Any dispute concerning these Rules, whether as to applicability, meaning, enforceability, or any claim that all or part of the Rules is void or voidable (except any dispute regarding the validity of the class action, collective action or representative action waiver contained in these Rules), is subject to arbitration under these Rules. Either you or the Company may bring an action in court to compel arbitration, to enforce an arbitration award, or to dismiss any lawsuit seeking to resolve disputes that are covered by these Rules.

## DEFINITIONS.

"GameStop" or the "Company" means GameStop, Inc., GameStop Texas, L.P. and Sunrise Publications, Inc., and all present and past subsidiaries, and affiliated companies, all Retirement, Pension and Benefit committees and its officers, directors, fellow employees, managers, supervisors and all agents in their personal or official capacities.

Rule  15

The "employee" or "you" means any employee, former employee, or applicant for employment, of the Company in the U.S. and Puerto Rico on or after the Effective Date.

The "parties" means both GameStop and the employee as noted above.

"Effective Date" is the date announced by GameStop as the effective date of the Rules.

Rule  16

8/18/2009  9:03:28 AM

| STORE AND COMPANY INFORMATION |
|---|

Store phone number_____

Store Manager's name_____

Home phone _____ Cell phone _____

Assistant Manager's name_____

Home phone _____ Cell phone _____

Senior Game Advisor's name_____

Home phone _____ Cell phone _____

District Manager's name_____

Office phone _____ Cell phone _____

Regional Director's name_____

Mall office phone number (if applicable)_____

GameStop Store Support Center address:    625 Westport Parkway
                                          Grapevine TX, 76051

Store Support Center main number – 817-424-2000

Customer Service – 800-883-8895 or www.TellGameStop.com

Loss Prevention Heroline/Whistleblower Hotline - 800-306-9330

Loss Prevention E-mail address – Heroline@GameStop.com

Human Resources E-mail address – HR@GameStop.com

Human Resources Fax Number – 817-424-2800

Benefits E-mail address – Benefits@GameStop.com

Benefits Phone Number – 866-637-4387

Pay Statement Website – https://gamestop.intersourcing.com

Reporting Problems Accessing Payroll Website – UltiproProblems@gamestop.com