

| ACKNOWLEDGMENT AND RECEIPT OF THE STORE ASSOCIATE HANDBOOK AND GAMESTOP C.A.R.E.S. RULES INCLUDING ARBITRATION |
|---|

I acknowledge that I have received a copy of the GameStop Store Associate Handbook, including the GameStop C.A.R.E.S Rules for Dispute Resolution. The Rules set forth GameStop's procedure for resolving workplace disputes ending in final and binding arbitration. The Handbook summarizes certain information about my job and company policies, procedures and practices. I understand that it is my responsibility to read and familiarize myself with the information contained in the Handbook. I understand that by continuing my employment with GameStop following the effective date of GameStop C.A.R.E.S, I am agreeing that all workplace disputes or claims, regardless of when those disputes or claims arose, will be resolved under the GameStop C.A.R.E.S program rather than in court. This includes legal and statutory claims, and class or collective action claims in which I might be included. I understand that at any time and for any reason, GameStop may make changes to the Handbook, except for the Rules, without prior notice. I understand that my employment with GameStop is "at will," and that either I or GameStop may end my employment at any time and for any reason.

STORE ASSOCIATE'S NAME (PRINTED): _Angelena Christina Broussard_

STORE ASSOCIATE'S SIGNATURE: _Angelena C. Broussard_

STORE #: _4026_     DATE: _Oct. 3, 2009_

White copy to Human Resources Dept.     Yellow copy to Store's Associate File

9/07