*Standard Documents*

| Document | Effective Date | Document Attachment | Signature Type | Worker | Signature Date | Signature Statement |
|---|---|---|---|---|---|---|
| E-Signature Consent | 3/26/2014 | Workday - Electronic Consent - 3 20 14.pdf | e-signature | Angel Broussard-Barnes (Terminated) | 3/27/2014 | I have read, understood, and agree with all provisions in the Electronic Consent |
| Apple ID Reset & CheckMEND Policy - Store Associates | 3/26/2014 | Apple ID Reset and CheckMEND Policy-031914.pdf | e-signature | Angel Broussard-Barnes (Terminated) | 3/27/2014 | I hereby acknowledge that I have read, understand, and agree to follow GameStop's Apple ID Reset & CheckMEND Policy.  I understand that I will be subject to disciplinary action, up to and including immediate termination of employment if I violate this policy as set forth above. |
| Paycheck Policy | 3/26/2014 | B-0385 Pay Check Policy 3-2014.pdf | e-signature | Angel Broussard-Barnes (Terminated) | 3/27/2014 | By clicking "I Agree," you acknowledge that if GameStop sent the check to the wrong address because Workday did not have your correct home address, or if you request that GameStop send a reissued check to any address other than the home address listed in your Workday profile at the time the original check was issued, GameStop will deduct from your paycheck the amount equal to what GameStop is charged by its bank for this service. |
| SM Bonus Acknowledgement | 7/1/2013 | 2013 SM Bonus Plan.pdf | Acknowledgment | Angel Broussard-Barnes (Terminated) | 4/1/2014 | I acknoweldge the receieve of Store Manager Bonus Information |
| SM Bonus Acknowledgement | 7/1/2013 | 2013 SM Bonus Plan.pdf | Acknowledgment | Angel Broussard-Barnes (Terminated) | 5/6/2014 | I acknoweldge the receieve of Store Manager Bonus Information |
| Employee Handbook and CARES (Rev 8/15) | 5/23/2014 | GameStop Associate Handbook 2014.pdf | e-signature | Angel Broussard-Barnes (Terminated) | 7/4/2014 | I acknowledge that I have received a copy of the Handbook and a copy of the GameStop C.A.R.E.S. Rules for Dispute Resolution.  The Handbook summarizes certain information about Company policies, procedures, and practices.  The GameStop C.A.R.E.S. Rules for Dispute Resolution set forth the Company's procedures for resolving disputes, ending in final and binding arbitration.  I understand that it is my responsibility to read and familiarize myself with the information contained in both of these documents.  I understand that my employment with the Company is "at will," and that either I or the Company may end my employment at any time and for any reason.  I agree that all disputes and claims covered by the GameStop C.A.R.E.S. Rules for Dispute Resolution will be resolved pursuant to such Rules rather than in court.  This includes all legal, equitable, and statutory claims and all class, collective, or representative action claims in which I might be included, as described in the GameStop C.A.R.E.S. Rules for Dispute Resolution. I understand that at any time and for any reason, the Company may make changes to the Handbook, without prior notice, and that GameStop may make prospective changes to the GameStop C.A.R.E.S. Rules for Dispute Resolution by giving 30 calendar days' notice. |
| CA Handbook Addendum (Rev 6/14) | 5/23/2014 | GS-AHB-CA-Proof1.pdf | e-signature | Angel Broussard-Barnes (Terminated) | 7/4/2014 | I acknowledge that I have received the Handbook Addendum for California employees. |